CSD 1101 [03/26/99]
Name, Address, Telephone No. & I.D. No.

Robert E. Opera - State Bar No. 101182
Winthrop Couchot Professional Corporation
660 Newport Center Dr., 4th Fl.
Newport Beach, CA 92660
Tele: 949-720-4100; Fax: 949-720-4111

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

IMAGENETIX, INC.,

Debtor.

BANKRUPTCY NO. 12-16423 MM11

**NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED
BY AMENDMENT OR BALANCE OF SCHEDULES**

You are hereby notified that the debtor is filing in the above-entitled case a schedule or an amendment to the debtor's list of debts to include you as a creditor of this estate. If you have questions concerning the legal effect of this filing upon you as a creditor, please consult your own legal counsel. Neither the Court nor the undersigned may advise you on legal matters.

You are further notified that on **December 17, 2012**, the debtor filed a petition for relief under Chapter **11**, of the United States Bankruptcy Code. [If applicable: The case was subsequently converted to a case under Chapter _____ of the Code on: _____.]

AS A RESULT OF THE FILING OF THE PETITION, YOU ARE NOTIFIED THAT CERTAIN ACTS AND PROCEEDINGS AGAINST THE DEBTOR AND HIS ESTATE ARE STAYED AS PROVIDED IN 11 U.S.C. §362(a).

Copies of notices indicated below are pertinent to this case and are enclosed with this notice.

Order for and Notice of Section 341(a) Meeting and/or Notice of Hearing on Objection to Confirmation of Chapter 13 Plan

[✓] Meeting and/or Hearing pending

[ ] Meeting and/or Hearing concluded

[ ] Meeting and/or Hearing continued to _____, at _____ .m.

[ ] Discharge of the Debtor

[ ] Order Fixing Last Date for Filing Claims and Proof of Claim (Form B 10)

[ ] Order Confirming Plan

[ ] Other (specify)

Dated: January 9, 2013        Signed: /s/ Robert E. Opera
                                      Attorney for Debtor

CSD 1101                              REFER TO INSTRUCTIONS ON REVERSE SIDE
                                                                    184332

FORM B9F (Chapter 11 Corporation/Partnership Asset Case) (12/12)      Case Number **12−16423−MM11**

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation Publicly Held listed below was filed on 12/17/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors––Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Imagenetix, Inc., a Nevada corporation
10845 Rancho Bernardo Road, #105
San Diego, CA 92127

| Case Number:<br>12−16423−MM11 | Last four digits of Social−Security or Individual Taxpayer−ID(ITIN) No(s)./Complete EIN:<br>33−0840910 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Robert E. Opera<br>Winthrop Couchot<br>660 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660<br>Telephone number: 949 720 4100 | |

### Meeting of Creditors
Date: **January 22, 2013**      Time: **02:00 PM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. Entrance), Suite 660, Hearing Room B, San Diego, CA 92101**

### Deadlines to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
Notice of deadline will be sent at a later time.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101−6991<br>Telephone number: 619−557−5620<br>Website: www.casb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 12/18/12 |

# EXPLANATIONS

FORM B9F (12/12)

| | |
|---|---|
| Dismissal of Case | Notice is given that this case will be dismissed if the debtor(s) fails to pay filing fees pursuant to the Federal Rules of Bankruptcy Procedure 1006(b). This dismissal will occur without further notice. Furthermore, notice is given that if the Debtor fails to file schedules and statements required by the Rules of Bankruptcy Procedure 1007, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting that the Court, Trustee or U.S. Trustee will move for dismissal of case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled. |
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Web Site:**(http://www.casb.uscourts.gov/html/csdforms/B10.pdf.)**or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to Other Side for Important Deadlines and Notices**

CSD 1101 (Page 2) [03/26/99]

# INSTRUCTIONS

1. Determine which of the notices or orders listed on the reverse side have been mailed to creditors prior to preparation of the amendment or balance of schedules being filed with this notice. Copies of those notices must be mailed to the added creditors and copies attached to this notice. Failure to do so may cause the amendment, schedules and/or notice to be returned for correction.
2. Compliance with Local Bankruptcy Rules 1007-4 and 1009 are required.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __9th__ day of __January__, __2013__, I served a true copy of the within NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT by [describe here mode of service]

First Class Mail, postage pre-paid

on the following persons [set forth name and address of person served]:

See attached service list

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __Jan. 9, 2013__          /s/ Christine Hipp
         (Date)                      (Typed Name and Signature)

                                     660 Newport Center Dr., 4th Fl.
                                     (Address)

                                     Newport Beach, CA 92660
                                     (City, State, ZIP Code)

CSD 1101

*Imagenetix*
*Equity Security Holders MML*
*Added with Schedules*
*Document No. 184245*

| | | |
|---|---|---|
| William H. Adams<br>215 South State, 12th Floor<br>Salt Lake City, UT 84111 | Donald Allred<br>1716 E Minden Drive<br>Salt Lake City, UT 84121 | Bonnie L. Anderson<br>102 B Ellms<br>Wittenberg, WI 54499 |
| Elliot F. Anderson<br>241 E. 2450 So.<br>Bountiful, UT 84010 | #1723 APS-UCVFCU Ttee<br>fbo Ira Zeitlin Helen<br>9710 South 7th East, #203<br>Sandy, UT 84070 | #1967 APS-UCVFCU Ttee<br>fbo Ira Zeitlin Kathleen<br>9710 South 7th East, #203<br>Sandy, UT 84070 |
| Donald L. Ashton<br>4689 D Brookwillow Cove<br>Salt Lake City, UT 84117 | Larry & Betty Austin Jtten<br>2863 East Melanie Lane<br>Ogden, UT 84403 | Holly Badham<br>615 Aloha Rd<br>Salt Lake City, UT 84103-3330 |
| Ramon Baird<br>3225 Lanternhill Court<br>Sandy, UT 84093 | Donald G & Eloise M. Baker<br>3387 B Honeycut Road<br>Salt Lake City, UT 84106 | H. R. Barker<br>1157 South 300 East<br>Salt Lake City, UT 84111 |
| C. Thomas Barnard<br>205 Vine Street<br>Murray, UT 84107 | Walter C. Barney<br>2480 South Main 114<br>Salt Lake City, UT 84115 | Warren R. Bates<br>395 South State<br>Clearfield, UT 84015 |
| Bill Beatty<br>PO Box 65314<br>Salt Lake City, UT 84165 | Ryan Beckstead<br>3810 South Redwood, #2028<br>West Valley City, UT 84119 | Dennis Beecher<br>PO Box 1669<br>Ranco Santa Fe, CA 92067 |
| Ron L. Beesley<br>8734 South 150 East<br>Sandy, UT 84070 | Richard Belliston<br>144 Penman Ln<br>Bountiful, UT 84010-7634 | Andrew Benavides<br>1557 W. Powers Ave.<br>Littleton, CO 80120 |
| Ariel Berdeja<br>3026 G Street<br>San Diego, CA 92102 | Narlene C. Bergen Ttee UA 02-24-86<br>fbo The Narlene Bergen Trust<br>1544 23rd St.<br>Ogden, UT 84401 | Keith Biesinger<br>8371 Dynasty Way<br>Salt Lake City, UT 84121 |
| Ron Birch<br>4905 Esther Circle<br>Salt Lake City, UT 84117 | Andy Bolos<br>3766 Vanburen Street<br>Ogden, UT 84403 | Elisabeth & Derek Boosey Ttees<br>Boosey Family Trust<br>10845 Rancho Bernardo Rd.<br>San Diego, CA 92127 |

| | | |
|---|---|---|
| Jeffrey K. Bowles<br>921 Connor St<br>Salt Lake City, UT 84108-1407 | Lynn Brewer<br>5051 South 1130 West<br>Salt Lake City, UT 84123 | Ann S. Brooks<br>Box 529<br>Lancaster, TX 75146 |
| Kenneth D. &<br>Rachel M. Brooks Jtten<br>P O Box 545<br>Lake Dallas, TX 75065 | Howard B. &<br>Beth P. Brown Jtten<br>770 North Center Street<br>Lehi, UT 84043 | Howard Stephen Brown<br>438 N Center Street #102<br>Salt Lake City, UT 84103-0000 |
| Jeffrey F. Brown<br>3328 Monte Verde Road<br>Salt Lake City, UT 84109-3227 | Glendel Bunker<br>4646 Monte Vista Drive<br>Salt Lake City, UT 84123 | Helen Caiani<br>1932 Garfield Avenue<br>Salt Lake City, UT 84108 |
| Wallace Calder<br>845 E. 100 So., #205<br>Salt Lake City, UT 84102 | Larry Cantrell<br>3621 Ridgelea Country Club Dr.<br>Ft Worth, TX 76116 | Terry Carr C/F David M. Carr<br>UGMA/UT<br>Box 755<br>Castledale, UT 84513 |
| Cede & Co. Attn: Corp. Officer<br>PO Box 222<br>Bowling Green Station<br>New York, NY 10274 | Earl Chapman<br>2259 Melodie Ann Way<br>Salt Lake City, UT 84124 | Gus Chaus<br>6538 Glenview Circle<br>West Jordan, UT 84084 |
| Chiyoko Chiba<br>4577 Clearview St.<br>Salt Lake City, UT 84117 | Blaine Christensen<br>2906 West 7000 South<br>West Jordan, UT 84084 | Gene Christensen<br>188 East 2050 South, #D4<br>Bountiful, UT 84010 |
| Ryan E. Christensen<br>2125 North 561 West<br>West Bountiful, UT 84087 | Vince & Sharron Cissell<br>5860 S. Greenwood St.<br>Littleton, CO 80120 | F. Stephen Clark<br>4761 Banbury Ln<br>Ogden, UT 84403 |
| Vern G. Clauson<br>3280 West 3890 South<br>West Valley City, UT 84119 | Terry Cleverly<br>1340 South 800 West<br>Woods Cross, UT 84087 | Lane S. Clissold<br>2413 Butternut Circle<br>Salt Lake City, UT 84117 |
| Charles Connolly<br>8364 Xenon Street<br>Arvada, CO 80005-5296 | David B. Cook<br>833 4th Avenue<br>Salt Lake City, UT 84103 | Howard Cooper<br>1041 Sagehill Drive<br>Salt Lake City, UT 84124 |
| Bud Coshow<br>2020 East 3300 South<br>Salt Lake City, UT 84109 | Covey & Company Inc.<br>Attn: Corporate Officer<br>115 South Main Street<br>Salt Lake City, UT 84111 | Tony Cox<br>47 West 200 South, #510<br>Salt Lake City, UT 84101 |

| | | |
|---|---|---|
| Jack & Helen C Craven Jtten<br>2174 Clearmont Drive<br>Bountiful, UT 84010 | R. Evelyn Crowder<br>5934 Sandhurst, Apt. 107<br>Dallas, TX 75206 | Ruth Curtis<br>1157 South 300 East<br>Salt Lake City, UT 84111 |
| Homer Cutrubus<br>895 West Riverdale Road<br>Ogden, UT 84405 | Gerald E. Davis<br>1025 N Wilmar Place<br>Centerville, UT 84014 | Anita J. Denson<br>9700 Carpenter Rd<br>Peyton, CO 80831-8201 |
| Lynn Dixon<br>311 South State St., #460<br>Salt Lake City, UT 84111 | Robert A. Donaldson<br>3560 Grant Avenue<br>Ogden, UT 844014141 | Betty Dorman<br>102 West 500 South, #300<br>Salt Lake City, UT 84101 |
| Melvin L Doudy, Ttee<br>fbo Doudy Family Trust UAD 3/27/95<br>2 Bankfoot Dr<br>Bella Vista, AR 72715-6017 | Jim C. Drossos<br>1266 Driggs Ave<br>Salt Lake City, UT 84106 | Ron Duerden<br>416 West 500 South<br>Bountiful, UT 84010 |
| Ronald D. & Clorinda J. Duerden<br>1616 South 100 East<br>Bountiful, UT 84010 | Steve Duerden<br>416 West 500 South<br>Bountiful, UT 84010 | Joyce Dutson<br>323 West 700 South<br>Logan, UT 84321 |
| Ferron C. Elder<br>960 East 1050 North<br>Bountiful, UT 84010 | Rand Elison<br>1558 N Sweet Water Lane<br>Farmington, UT 84025 | Henry Engh<br>3985 South 20th East<br>Salt Lake City, UT 84124 |
| Corey Erickson<br>2254 N Joni Drive<br>Layton, UT 84040 | Fred Ettrich<br>4035 Jupiter Drive<br>Salt Lake City, UT 84124 | Evergreen Holding Co.<br>Attn: Corporate Officer<br>5166 Cottonwood Ln<br>Salt Lake City, UT 84117 |
| Jim Fackrell<br>98 E Park Drive<br>Kaysville, UT 84037 | FCC C/F Lawrence Kaplan IRA<br>Attn: Authorized Agent<br>300 River Place, #4000<br>Detroit, MI 48207 | Nick Fellis<br>1805 E Moordale Lane<br>Salt Lake City, UT 84117 |
| Richard E. Fike<br>Box 376<br>Ridgeway, CO 81432 | Josephine Flegal<br>8615 South Hwy 89, No. 3<br>Willard, UT 84340 | Jerry & Sybil Flom Jtten<br>1533 Laster Ave.<br>Anaheim, CA 928022712 |
| Brent Folger<br>PO Box 651264<br>Salt Lake City, UT 84115 | Paul & Margarey Forbes<br>820 West Walden Drive<br>Murray, UT 84123 | Brent Foulger<br>PO Box 651264<br>Salt Lake City, UT 84115 |

| | | |
|---|---|---|
| Arnold M. & Glenda S. Gale Jt Ten<br>1407 Ramseur Lane<br>Winchester, VA 22601-6739 | Linda M. Gammon<br>521 Summerset Court<br>Indian Harbor Beach, FL 32937 | Diane W. Gibbs<br>3690 Tuscaloosa Way<br>West Jordan, UT 840841425 |
| Gerry Gilner<br>PO Box 769<br>Washington, UT 84780 | GJM Trading Partners Ltd.<br>Attn: Managing Partner<br>14 Red Tail Drive<br>Highlands Ranch, CO 80126 | Floyd Glauser<br>1925 Wasatch Drive<br>Salt Lake City, UT 84108 |
| Gary Glauser<br>7753 Buckboard Drive<br>Pinebrook, UT 84060 | GM/CM Family Partners Ltd.<br>Attn: Managing Partner<br>14 Red Tail Drive<br>Highlands Ranch, CO 80111 | Robert Goetz<br>Box 171<br>Birnamwood, WI 54414 |
| Clifford Goff<br>2720 Christiansen Ave.<br>Ogden, UT 84403 | Mike & Ruth Goodall Jtten<br>4805 Freedom Ave.<br>Pocatello, ID 832023047 | Gregory Gorman<br>PO Box 4049<br>Park City, UT 84060 |
| David Gotberg<br>475 East 8680 South<br>Sandy, UT 84070 | Millie Granger<br>4245 South 1650 East<br>Salt Lake City, UT 84124 | Great Expectations Family L.P.<br>Attn: Managing Partner<br>14 Red Tal Dr.<br>Highlands Ranch, CO 80126 |
| Michael Grobstein<br>1116 West Walden Park<br>Murray, UT 84123 | Growth Ventures Inc.<br>Attn: Corporate Officer<br>6041 S Syracuse Way 307 | Gary J. McAdam Trustee<br>Growth Ventures Prof Shrg Pln Trst<br>14 Red Tail Drive<br>Highlands Ranch, CO 80126 |
| Rosemary Harsany<br>2933 Star Route 97<br>Butler, OH 44822 | Ted Harvatin<br>31 East Lost Creek Lane<br>Murray, UT 84107 | Donald C. Helvey<br>6605 E Tamarind St.<br>Agoura, CA 91301 |
| Terry Helwich<br>1630 Sunside Avenue<br>Salt Lake City, UT 84105 | Kaleen N. Hillstead<br>PO Box 9636<br>Ogden, UT 84409 | Q. Perry Hislop<br>660 South 200 East, #306<br>Salt Lake City, UT 84111 |
| Jerry & Anna M. Hodson<br>3704 Greenbriar Way<br>Salt Lake City, UT 84109 | Shirley Holbrook<br>6958 Sandpiper Place<br>Carlsbad, CA 92009 | Traci Houghton<br>102 West 500 South, #300<br>Salt Lake City, UT 84101 |
| Earl Hudson<br>1688 Bennett<br>Layton, UT 84041 | Shorland & Helen L. Hunsaker Jtten<br>2751 Robidoux Road<br>Sandy, UT 84093 | Omer Huntington<br>2220 East 4800 South, #331<br>Salt Lake City, UT 84117 |

| | | |
|---|---|---|
| Investors Seven<br>Attn: Corporate Officer<br>2850 Juniper Way<br>Salt Lake City, UT 84117 | Claire Janes<br>231 North Sundrun<br>Salt Lake City, UT 84103 | Barbara L. Jensen<br>11630 Hagan<br>Sandy, UT 84092 |
| Paul Johannsen<br>6363 South 525 East<br>Murray, UT 84107 | Keith E. Johnson<br>101 East 11800 South<br>Draper, UT 84020 | Lamonte S. & Betty B Johnson<br>1077 Signora Drive<br>Salt Lake City, UT 84116 |
| Roma Johnson<br>8660 South 1805 West<br>West Jordan, UT 84084 | Jerry Jones<br>748 West 1800 North<br>Bountiful, UT 84010 | Joyce Ann Jones<br>278 W. 500 N.<br>Lehi, UT 840431525 |
| Leslie Jorgensen<br>2778 South 100 West<br>Bountiful, UT 84010 | Irving & Harriet Kahn Jt Ten<br>823 Jennetty Court<br>Perth Amboy, NJ 8861 | Norton K. Kanzaki<br>2550 South 4th East<br>Salt Lake City, UT 84115 |
| Helaine Kaplan<br>17 Riverview Terrace<br>Smithtown, NY 11787 | Kathco Ltd.<br>Attn: Managing Partner<br>311 South State, #440<br>Salt Lake City, UT 84111 | Lou Kaufman<br>6154 South 1080 East<br>Salt Lake City, UT 84121 |
| Karen Bill, President<br>KCK Investment<br>7975 English Oak Cove<br>Sandy, UT 84093 | Scott Thomas Keever<br>1772 N. 450 W., #6-105<br>Provo, UT 84604 | Darold Kellos<br>3214 North 1050 East<br>Ogden, UT 84404 |
| James Kelsch<br>2285 Cobble Crest Road<br>Salt Lake City, UT 84121 | John M. Kenny<br>5430 South 825 East<br>Ogden, UT 84405 | Pat Kenny<br>1413 Marilyn Drive<br>Ogden, UT 84403 |
| Linda Kessimakis<br>4648 South 345 East<br>Murray, UT 84107 | Connie Klein<br>1916 El Dorado Drive<br>Salt Lake City, UT 84124 | William C. Kloeb<br>102 Ross Drive<br>Boaz, AL 35956 |
| Robert Koester<br>3549 Kings Cove Way<br>Salt Lake City, UT 84121 | Gary A. Kolman<br>5927 South 620 East<br>Murray, UT 84107 | L A Zollinger & Sons<br>Attn: Corporate Officer<br>695 West 1700 South<br>Logan, UT 84321 |
| Jean Larkins<br>1136 Birch Circle<br>Alpine, UT 84004 | Robert Larkins<br>1126 Birch Circle<br>Alpine, UT 84004 | Gloria Larsen<br>605 South Huntbridge Drive<br>Moab, UT 84532 |

Richard J Lawrence
Profit Sharing Trust
175 S. West Temple, #700
Salt Lake City, UT 84101

Joan Lee
32 South 350 East
No Salt Lake City, UT 84054

Geoffrey W. Leonard
1061 3rd Ave
Salt Lake City, UT 84103

John L. Leonard
8245 Bettina Lane
Sandy, UT 84093

Laverne M. & Chester Leonard
4278 S. Shirley Lane
Salt Lake City, UT 84124

Greg Lewis
461 North 800 West
Lindon, UT 84062

Robert Richard Lewis
36837 Wax Myrtle Pl.
Murrieta, CA 92562

Robert & Helen Locascio Jt Ten
11 Dey Ave
Fairfield, NJ 07004-2608

Stephen S. Lux
4247 Montalvo St., Apt. 7
San Diego, CA 92107

Jeanne Mackenzie
1947 Berkeley Street
Salt Lake City, UT 84108

Teresa Manchester
3469 East Cres Road
Salt Lake City, UT 84120

Sally March
680 So Federal. #502
Chigago, IL 60605

Brent Marsell
2165 South 2200 West
Syracuse, UT 84041

Lane Martin
440 Meadow Road
Murray, UT 84107

Nancy Martin
10867 Shady Dell Road
Sandy, UT 84094

Jan Maxwell
3444 Scott Circle
Salt Lake City, UT 84115

Charles H. V. May
677 Mercer Lane
Bluemont, VA 20135-5251

Don Mayer
6 Northridge Lane
Sandy, UT 84092

Eleonore M. McLain
7474 W 3100 South
Magna, UT 84044

James C. McKay
PO Box 245
Huntsville, UT 84317

James W. Mckay
PO Box 245
Huntsville, UT 84317

Richard & Rebecka McKay Jtten
4431 South 2300 West
Roy, UT 84067

Geary S. Mecham
181 W Lomond View Drive
Ogden, UT 84404

Heber G. Mehr
730 East Three Fountains Drive
Murray, UT 84107

Romney Melbourne Jr.
55 North 200 West
Salt Lake City, UT 84101

Sara Dee Menlove
745 N 100 E., #301A
Provo, UT 84606

Midsouth Investor Fund LP
Attn: Managing Partner
201 4th Ave North, #1950
Nashville, TN 37219

Minoru Watanabe Tr UA 03-27-90
fbo Minoru Watanabe Rev Trust
877 Liberty Ave.
Ogden, UT 84404

Moe & Associates Inc.
Attn: Corporate Officer
2430 W Long Circle
Littleton, CO 80120-4375

Fred Moss
832 E. Mill St.
Bountiful, UT 84010

Sidney Mulcock
C/F Albion Mulcock UGMA/UT
2020 East 3300 S., #26
Salt Lake City, UT 84109

Rich Nasfell
12251 W. Meadow Wood Dr.
Boise , ID 83713-5847

Alfred A. Neely
C/F C Robert Neely UGMA/UT
2822 Bonnie Brae Avenue
Salt Lake City, UT 84124

Andrew B. Neil
469 E. 960 N. Viking Villa, #27
Ogden, UT 84404

Frank V. Nelson
1866 Wasatch Drive
Salt Lake City, UT 84108

Naomi & Steven Nessen Jtten
4642 Rockpine Drive
Las Vegas, NV 89031

John P Newburn
975 E. Olympus Ridge Cove, B-303
Salt Lake City, UT 84117

Stephen J. Nicolatus
c/o Frank K Stuart & Associates
136 E South Temple, #1530
Salt Lake City, UT 84111

Gary Nicolaysen
1972 Broadmoor
Salt Lake City, UT 84121

John H. Nielsen
5216 South 1045 East
Salt Lake City, UT 84117

Deane L. Noirot
8220 Coyote Run
Loveland, CO 80537

Richard Norr
1772 N 450 W #6-105
Provo, UT 84604

Robert Johnson Norr
1172 N 450 West #6-105
Provo, UT 84604

Luigi Notarianni
4651 Quail Vista Lane, #F
Salt Lake City, UT 84117

Number One Connection
Attn: Corporate Officer
333 North 300 West
Salt Lake City, UT 84103

Mark O'Neill
183 H Street
Salt Lake City, UT 84103

Odd Lots
Attn: Corporate Officer
2864 South 150 East
Bountiful, UT 84010

Wayne & Barbara Opperman
3782 Aqueduct Ln
Chino Hills, CA 91709

Keriann Osada
849 11th Ave.
Honolulu, HI 96816

Otra Clearing Inc.
Attn: Corporate Officer
116 N Maryland Ave
Glendale, CA 91206

Howard Oveson
42 Exchange Place
Salt Lake City, UT 84110

Phil Palmer
961 East 5700 South
Ogden, UT 84405

Andy Paloulos
2492 Filmore Street
Salt Lake City, UT 84106

James Brent Parrish
1399 South 700 East #1
Salt Lake City, UT 84105

Jenalyn Fox Particio Investment
Attn: Corporate Officer
1217 East 5840 South
Salt Lake City, UT 84121

Doyle Paulk
181 Silver Willow Dr.
Sandy, UT 84070-4226

Nancy Pederson
566 South Fox Hill Circle
Highlands Ranch, CO 80126

Eduardo& Debra Perea
& Zenaida Perea C/F
2243 Park Tree Lane
Escondiado, CA 92026

Lester A. Perry
3229 E. Elgin Drive
Salt Lake City, UT 84109

Mary Persons
10798 105 Avenue North
Maple Grove, MN 55369

Brian Peterson
1247 Moyle Drive
Alpine, UT 84004

Jeffrey Peterson
1247 Moyle Drive
Alpine, UT 84004

Jonathan Peterson
1247 Moyle Drive
Alpine, UT 84004

Nancy Peterson
1247 Moyle Drive
Alpine, UT 84003

Robert Peterson
653 East 300 South, #7
Salt Lake City, UT 84102

Sandra Peterson
1247 Moyle Drive
Alpine, UT 84004

Susan Petrone
PO Box 4049
Park City, UT 84060

Ralph Phelps
1060 East Quail Park Dr., #H
Salt Lake City, UT 84117

Jeff Alliance
Bldg Pikus
Box 1001, Room 46
Hempstead, NY 11551

Gertrude A. Pizzo
6431 Jefferson St.
Houston, TX 77023-3319

Michelle L. Posey
2575 Fenton Parkway, No. 212
San Diego, CA 92108

Ken Poulson
2187 Scenic Drive
Salt Lake City, UT 84109

Professional Executive Services
Attn: Corporate Officer
311 South State Street
Salt Lake City, UT 84111

Kurtis Quayle
2630 South 1200 West
Brigham City, UT 84302

Kelly Railsback
P O Box 2376
Salt Lake City, UT 84110-2376

Judy K. & Timothy H. Ranke Jt Ten
N4548 Lake Shore Dr.
Birnanwood, WI 54414

Dale Reese
761 North 1100 East
Provo, UT 84604

Gail Regan
10867 Shady Dell Drive
Sandy, UT 84094

Lila Reich
123 2nd Avenue Canyon Ave.
Salt Lake City, UT 84102

Diane L. Rhodes
2000 Running Horse Trail
St. Cloud, FL 34771

Jerry L. Rice
443 West Strasburg Way
Mustang, OK 73064

Cherise A. Roberts
1207 Mazzetti Rd.
Stroudsburg, PA 18360-8789

Carla Rosewell
10554 238th Street
Maple Ridge BC V2W 1E1,
CANADA

Josephine Rudd
1976 E. Hawk Circle
Sandy, UT 84092

Al Sachs
2508 Robidoux Road
Sandy, UT 84093

Jeffrey Sachs
10264 Weeping Willow
Sandy, UT 84070

Neil Sagers
1116 Connecticut
Ogden, UT 84404

Mark Sansom
3335 South Monte Verde Drive
Salt Lake City, UT 84109

Mark Sapitsky
960 Donner Way, #640
Salt Lake City, UT 84108

Louisa A Schneiter
C/F 'Michelle Schneiter UGMA/UT
2944 Branch Drive
Salt Lake City, UT 84117

Leann J. Schultz
2276 Westminister Ave.
Slc, UT 84108-3212

Matt Searle
117 Roanoke Lane
Rochester Hills, MI 48309

Dorothy Seely
3914 West 8350 South
West Jordan, UT 84088

Ahmad Shahvaran

Roy A. Skog
6869 Running Springs Dr.
West Jordan, UT 84084

David Smith
734 N. 450 W.
Orem, UT 84057

Jeff Smith
10071 Channel Road
Alta Loma, CA 91701

Joseph F Sonnabend
102 West 500 South, #300
Salt Lake City, UT 84101

Gordon T. Soutter
914 East 800 South
Bountiful, UT 84010

Charles Standridge
179 Wooten Lane
Hector, AK 72843

Robert Stead
3857 Eagle Point Drive
Salt Lake City, UT 84109

Kim A. Stevenson
102 West 500 South, #300
Salt Lake City, UT 84101

Dave M. Strain
45 North 1000 West
Clearfield, UT 84015

Carole Sturm
4375 Weber River Dr., #21
Ogden, UT 84405-3526

John Tangaro
3343 S. 1300 E., #2
Salt Lake City, UT 84106

Jim Taylor
2394 W. 1050 N.
Hurricane, UT 84737-3110

Frances Terrones
2422 W. Roland Avenue
Littleton, CO 80120

Bonney Thom
649 Dunning Ct.
Draper, UT 84020

Jandra A. Thomas
1838 Blackhawk Drive
Oceanside, CA 92056

Loel Thometz
10506 So - North 40 Way
South Jordan, UT 84095

Harry Thompson
696 Princeton Drive
Midvale, UT 84047

Dana Jay Torp
P O Box 1212
Delta Jct, AK 99737

Craig L. & Michelle S Tracy Jtten
1546 E. 2525 N.
N. Ogden, UT 844142562

Pamilyn Tracy
700 Brown Street
Jackson, MN 56143

Maurile C. Tremblay
8514 Prestwick Dr.
La Jolla, CA 92037

Tuft & Company
Attn: Corporate Officer
50 W Broadway, #1000
Salt Lake City, UT 84101

Sara Urquhart
333 S. 400 W.
Provo, UT 84601

Steve Urquhart
333 S. 400 W.
Provo, UT 84601

Jean Valdez
990 N. 100 E.
American Fork, UT 84003

Debbie Vanderlinden
125 Queens Road East
N. Vancouver V7N 1G5
CANADA

Andreas Venizelos
PO Box 11482
Salt Lake City, UT 841470000

Gordon Pharon Vickers
38051 M. J. Chase Rd.
Springfield, OR 97478

Gerald E. Wallce
821 West 1800 North
Clinton, UT 84015

Gordon Walther
3228 Fish Trop Lp NE
Olympia, WA 98506

Cliff Walton
7115 Ponderosa Drive
Salt Lake City, UT 84121

Eric C. Wansgaard
52 West Merrimac Ave
Salt Lake City, UT 84115

Marc Kennard Ward
745 N. 100 E.. #301A
Provo, UT 84606

Timothy Ward
1350 South 1300 East
Salt Lake City, UT 84105

Washco
Attn: Corporate Officer
4505 S. Wasatch Blvd., #350
Salt Lake City, UT 84124

Guy Weber
10672 North 6250 West
Highland, UT 84003

John C. & Brenna K. West Jtten
5442 Pomeroy Cir.
Las Vegas, NV 89122

Toni B. White
936 South 1200 East
Salt Lake City, UT 84105

Larry V. Whitney
3544 Greenhills Way
Sandy, UT 84093

Marci Wigington
378 E. 426 N.
Alpine, UT 84004

Ike B. Wilganowski
7081 Creek Shadow Drive
Bryan, TX 77808

Evelyn Wilkes
2246 East 4000 South
Salt Lake City, UT 84124

Rick G. Williams
4439 South 2850 West
Roy, UT 840678941

Kenneth & Patricia Willox
c/o 6-41 S. Syracuse Way, #307
Englewood, CO 80111

Windsor Development
Attn: Corporate Officer
2522 West Alice Drive
West Jordan, UT 84084

Virginia Wollschleger
2220 East 4800 South, Unit #3
Holladay, UT 84117

Wuppertal Enterprises
Attn: Corporate Officer
102 West 500 South, #300
Salt Lake City, UT 84101

Bruce B. Wynn
6896 Stephens Drive
Rex, GA 30273

Jody York
3435 East 7635 South
Salt Lake City, UT 84121

Dominick & Rosella Zaccoli
32 Harbour Court
Staten Island, NY 10308

He Zhang
21220 Sundance Street
Walnut, CA 91789

James C. & Josephine M. Zolin Jt Ten
PO Box 1903
Rancho Santa Fe, CA 92067