**CSD 1182** [10/01/12]
Name, Address, Telephone No. & I.D. No.

LAW OFFICES OF JOHN R. WALTON, P.C.
John R. Walton, Esq. (SBN 130666) - JRW@WaltonLawPC.com
Walter W. Moore (SBN 115985) - WMoore@ WaltonLawPC.com
35 N. Lake Ave., Ste. 700, Pasadena, CA 91101
(626) 578-6000
Attorneys for TriPharma, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
IMAGENETIX, INC., a Nevada Corporation

BANKRUPTCY NO. 12-16423-MM11

Tax I.D.(EIN)#: 33-0840910 /S.S.#:XXX-XX-____    Debtor.

## NOTICE OF MOTION FOR  LEAVE TO WITHDRAW AS CO-COUNSEL

TO: TriPharma, LLC, Imagenetix, Inc. and all interested parties and attorneys of record

You are herewith served with the attached Motion by  the Law Offices of John R. Walton, P.C. , Movant,

for: leave to withdraw as co-counsel for creditor TriPharma, LLC

and any accompanying declarations.

If you object to the Court granting the relief requested in the Motion:

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case.  *If a Chapter 7, 11, or 12 case*, determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice.  If the case number is followed by the letter:

    | | | | | |
    |---|---|---|---|---|
    | - | MM | - | call (619) 557-7407 | - | DEPARTMENT ONE (Room 218) |
    | - | LA | - | call (619) 557-6594 | - | DEPARTMENT TWO (Room 118) |
    | - | LT | - | call (619) 557-6018 | - | DEPARTMENT THREE (Room 129) |
    | - | PB | - | call (619) 557-5157 | - | DEPARTMENT FOUR (Room 328) |
    | - | CL | - | call (619) 557-6019 | - | DEPARTMENT FIVE (Room 318) |

2. **WITHIN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE OF THE MOTION**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers.  The

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).
[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1182    [Continued on Page 2]

CSD 1182 (Page 2) [10/01/12]

    opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

        a.    identify the interest of the opposing party; and

        b.    state, with particularity, the grounds for the opposition.

3.    **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 14-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

DATED: July 11, 2014

_____
Attorney for Moving Party

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 11th day of July, 20 14, I served a true copy of the within NOTICE OF MOTION, together with the following pleadings [describe any other papers]:
Motion by Law Offices of John R. Walton, P.C. for Leave to Withdraw as Co-Counsel for Creditor Tripharma, LLC;
Memorandum of Points and Authorities; and Declaration of John R. Walton
by [describe here mode of service]:
see attachment
on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]    Attorney for Debtor (if required):

    see attachment

| [ ] | For Chpt. 7, 11, & 12 cases: | [ ] | For ODD numbered Chapter 13 cases: | [ ] | For EVEN numbered Chapter 13 cases: |
|---|---|---|---|---|---|
| | UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2014        Christine Inclan
    (Date)                                          (Typed Name and Signature)

                                                    Law Offices of John R. Walton, PC
                                                    (Address)

                                                    35 N. Lake Ave., #700, Pasadena, CA 91101
                                                   (City, State, ZIP Code)

CSD 1182

# CERTIFICATE OF SERVICE

I, Christine Inclan, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; and my business address is 35 N. LAKE AVE., STE. 700, PASADENA, CALIFORNIA 91101, in said County and State.

On **July 11, 2014** I served the following document(s): **NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL** on each of the interested parties (**stated on the attached service list** by the following means of service:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – The document will be served by the court via NEF and hyperlink to the document. On **July 11, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Bernard D. Bollinger bbollinger@buchalter.com, smartin@buchalter.com
- Matthew Bouslog mbouslog@gibsondunn.com, pccrawford@gibsondunn.com
- Heather U. Guerena huguerena@duanemorris.com, cdarmijo@duanemorris.com,
- rchurch@duanemorris.com;kzakarin@duanemorris.com
- Garrick A. Hollander ghollander@winthropcouchot.com,
- pj@winthropcouchot.com;vcorbin@winthropcouchot.com;chipp@winthropcouchot.com
- Jeannie Kim jkim@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Kristin Mihelic Kristin.T.Mihelic@usdoj.gov,
- Walter Moore WMoore@WaltonLawPC.com, waltermoore@mac.com
- Robert E. Opera ropera@winthropcouchot.com,
- pj@winthropcouchot.com;vcorbin@winthropcouchot.com;chipp@winthropcouchot.com
- Dheeraj Singhal dksinghal@dcdmlawgroup.com
- United States Trustee ustp.region15@usdoj.gov
- Dennis Winters winterslawfirm@cs.com
- Sarah D. Moyed moyeds@sec.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **July 11, 2014**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

TriPharma, LLC
1278 Glenneyre St., #285
Laguna Beach, CA 92651
Attn: Evan Dameshek

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 11, 2014**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Margaret M. Mann
United States Bankruptcy Court
325 W. F Street, Dept. 1
San Diego, CA 92101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 11, 2014 | Christine Inclan | /s/ Christine Inclan |
|---|---|---|
| Date | Type Name | Signature |

1

**PROOF OF SERVICE**