JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd., Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500 / Fax: (310) 792-5977

Attorneys for Creditor, TriPharma, LLC, a Delaware LLC

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| In re: | Case No. 12-16423 MM11 |
| IMAGENETIX, INC., a Nevada corporation, | Chapter 11 Proceeding |
| Debtor and Debtor-in-Possession. | **STIPULATION OF SUBSTITUTION OF ATTORNEY** |

This Stipulation of Substitution of Attorney ("Stipulation") is entered into by and between Hinds & Shankman, LLP and John Walton, Esq. of Law Offices of John R. Walton, P.C., attorneys for TriPharma, LLC, a Delaware LLC to substitute in the Law Offices of Hinds & Shankman, LLP, 21515 Hawthorne Boulevard, Suite 1150, Torrance, California 90503 and substitute out Law Offices of John R. Walton, P.C., 35 North Lake Avenue, Suite 700, Pasadena, California 91101.

DATED: July 25 2014          **LAW OFFICES OF JOHN R. WALTON, P.C.**

By: _____
John R. Walton
Walter Moore

DATED: July 29, 2014          **LAW OFFICES OF HINDS & SHANKMAN, LLP**

By: _____
James Andrew Hinds, Jr.

STIPULATION OF SUBSTITUTION OF ATTORNEY

# CERTIFICATE OF SERVICE

I, Liz Reuben, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the action; and my business address is 21515 Hawthorne Boulevard, Suite 1150, Torrance, California 90503.

On July 30, 2014 I served: **STIPULATION OF SUBSTITUTION OF ATTORNEY** on the interested parties as follows and by the following means of service:

X  On July 30, 2014, I checked the CM/ECF docket for the Bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the e-mail addresses stated below:

Service information continued on attached page.

__ **BY FACSIMILE:** On the above captioned date, from Torrance, California, I caused each such document to be transmitted by facsimile machine to the parties and numbers indicated above. To the best of my knowledge, the transmission was reported as complete, and no error was reported by the facsimile machine. A copy of the transmission record is maintained by our office.

X  **BY ELECTRONIC MAIL**: From Torrance, California, I caused each such document to be transmitted electronically to the parties at the e-mail address indicated above. To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed. A return receipt was requested at the time of the transmission of each such document and I did not receive a notice of failure of receipt of each document.

Debtor: Lowell Giffhorn: lowellgiffhorn@aim.com
James Hinds: jhinds@jhindslaw.com

X  I am employed in the office of Hinds & Shankman, LLP. James A. Hinds, Jr. is a member of the bar of this Court.

X  **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2014 at Torrance, California.

/s/ Liz Reuben
Liz Reuben

-1-
CERTIFICATE OF SERVICE

NEF SERVICE LIST

- Bernard D. Bollinger    bbollinger@buchalter.com, smartin@buchalter.com
- Matthew Bouslog    mbouslog@gibsondunn.com, pcrawford@gibsondunn.com
- John W. Cutchin    jcutchin@san.rr.com
- Heather U. Guerena    huguerena@duanemorris.com, cdarmijo@duanemorris.com;rchurch@duanemorris.com;johta@duanemorris.com;kzakarin@duanemorris.com
- Garrick A. Hollander    ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- Jeannie Kim    jkim@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Kristin Mihelic    Kristin.T.Mihelic@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;ustp.region15@usdoj.gov
- Walter Moore    WMoore@WaltonLawPC.com, CInclan@waltonlawpc.com
- Sarah D. Moyed    moyeds@sec.gov
- Robert E. Opera    ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- Dheeraj Singhal    dksinghal@dcdmlawgroup.com
- United States Trustee    ustp.region15@usdoj.gov
- Dennis Winters    winterslawfirm@cs.com

<u>Via First Class Mail</u>:

Daniel Kotchen
Kotchen & Low LLP
1745 Kalorama Road NW
Suite 101
Washington, DC 20037

Erwin J. Shustak
SHUSTAK & PARTNERS P.C.
401 West "A" Street, Suite 2330
San Diego, CA 92101

John R. Walton
35 N. Lake Ave., Ste 700
Pasadena, CA 91101