Attorney or Professional Name, Address, Telephone and FAX

ERWIN J. SHUSTAK (SBN 119152); ROBERT L. HILL (SBN 241624)

shustak@shufirm.com; rhill@shufirm.com

401 West "A" Street, Suite 2330

San Diego, CA 92101

Tel: (619) 696-9500

Fax: (619) 615-5290

FILED
14 SEP 16 PM 2:59

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re:

IMAGENETIX, INC., a Nevada corporation,

Debtor and Debtor-in-Possession

Chapter 11 Case Number
12-16423 MM11

**Professional Fee Statement**

Number: FINAL

Months of: January 2012 – September 2014

| | |
|---|---|
| 1. Name of Professional: | SHUSTAK & PARTNERS, P.C. |
| 2. Date of entry of order approving employment of the professional: | April 11, 2013 |
| 3. Total amount of pre-petition payments received by the professional: | $0 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | -136,788.97 |
| 5. Balance of funds remaining on date of filing of petition: | $0 |
| 6. Less: Total amount of all services rendered per prior fee statements and applications: | -$320,411.01 |
| 7. Less: Total amount of services and expenses this reporting period: | -$10,527.27 |
| 8. Total amount payable to Professional: | $330,938.28 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE AND CERTAIN PARTIES-IN-INTEREST PURSUANT TO ORDERS ENTERED BY THE COURT IN THIS CASE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 8 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

9. Total number of pages attached hereto: 0

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: September 15, 2014

Shustak & Partners, P.C.

Type Name of Professional

*Robert Hill*
Robert L. Hill, Esq.

Type Name of Attorney for Professional (if applicable)         Signature of Attorney for Professional (if applicable)

1 pg 16423 pro    CBB