Robert E. Opera - State Bar No. 101182
ropera@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 200
Newport Beach, CA 92660
Telephone:  (949) 720-4100
Facsimile:  (949) 720-4111
Attorney for Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:**<br><br>IMAGENETIX, INC.,<br><br><br><br><br><br>**Debtor(s).** | CHAPTER 11<br><br>CASE NO. 12-16423 MM 11<br><br>**DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR THE MONTH OF SEPTEMBER 16, 2014 (FINAL)** |

TO:  THE HONORABLE MARGARET M. MANN, UNITED STATES BANKRUPTCY JUDGE

The Debtor-In-Possession hereby files its monthly Operating Report pursuant to the United States

Trustee's Operating and Reporting Requirements for Chapter 11 cases.

DATED:  October 7, 2014

_____
Robert E. Opera
Attorney for Debtor-In-Possession

Debtor-in-Possession Monthly Operating Report - Page 1 of 1

ORR-page 21 (rev. 03/01/08)

206098

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**SOUTHERN DISTRICT OF CALIFORNIA**

| In Re: | |
|---|---|
| IMAGENETIX, INC . | |
| **Debtor(s).** | |

CHAPTER 11

CASE NO. 12-16423 MM 11

**DEBTOR-IN-POSSESSION PROJECTED 90-DAY PROFIT AND LOSS STATEMENT**

ACCRUAL BASIS

| | January 2013 (Month) | February 2013 (Month) | March 2013 (Month) | TOTAL |
|---|---|---|---|---|
| **Sales/Revenue:** | | | | |
| Gross Sales/Revenue | $ 340,780 | $ 984,000 | $ 315,720 | $ 1,640,500 |
| Less: Returns/Discounts | ( ) | ( ) | ( ) | ( ) |
| Net Sales/Revenue | $ 340,780 | $ 984,000 | $ 315,720 | $ 1,640,500 |
| **Cost of Goods Sold:** | | | | |
| Beginning Inventory at Cost | $ 22,488 | $ 366,860 | $ 6,220 | $ 23,000 |
| Purchases | $ 453,860 | $ 40,360 | $ 76,360 | $ 570,580 |
| Less: Ending Inventory at Cost | $ 366,860 | $ 6,220 | $ 43,580 | $ 61,000 |
| Cost of Goods Sold (COGS) | $ (109,488) | $ (401,000) | $ (39,000) | $ (532,580) |
| Gross Profit (Sales Less COGS) | $ 231,292 | $ 583,000 | $ 276,720 | $ 1,091,012 |
| r Operating Income | | | | |
| | | | | |
| **Operating Expenses:** | | | | |
| Officer/Management Payroll | $ 32,000 | $ 32,000 | $ 32,000 | $ 96,000 |
| Payroll - Other Employees | $ 15,500 | $ 15,500 | $ 15,500 | $ 46,500 |
| Payroll - Taxes | | | | $ - |
| Other Taxes | | | | $ - |
| Depreciation and Amortization | $ 3,380 | $ 3,380 | $ 3,380 | $ 10,140 |
| Rent Expense - Real Property | $ 9,549 | $ 9,549 | $ 9,549 | $ 28,647 |
| Lease Expense - Personal Property | | | | $ - |
| Repairs and Maintenance | | | | $ - |
| Insurance | $ 13,794 | $ 5,994 | $ 5,994 | $ 25,782 |
| Real Property Taxes | | | | $ - |
| Telephone and Utilities | $ 3,450 | $ 3,450 | $ 3,450 | $ 10,350 |
| Travel and Entertainment | $ 1,500 | $ 1,500 | $ 1,500 | $ 4,500 |
| Miscellaneous Operating Expenses | $ 1,240 | $ 1,240 | $ 1,240 | $ 3,720 |
| Total Operating Expenses | $ (80,413) | $ (72,613) | $ (72,613) | $ (225,639) |
| Net Income/(Loss) from Operations | $ 150,879 | $ 510,387 | $ 204,107 | $ 865,373 |
| | | | | |
| **Non-Operating Income:** | | | | |
| Interest Income | | | | |
| Net Gain on Sale of Assets | | | | |
| Other | | | | |
| Total Non-Operating Income | ( ) | ( ) | ( ) | ( ) |
| | | | | |
| **Non-Operating Expenses:** | | | | |
| Interest Expense | $ 4,541 | $ 4,541 | $ 4,541 | $ 13,623 |
| Legal and Professional | $ 79,875 | $ 66,000 | $ 55,000 | $ 200,875 |
| Other | | | | |
| Total Non-Operating Expenses | $ 84,416 | $ 70,541 | $ 59,541 | $ 214,498 |
| NET INCOME/(LOSS) | $ 66,463 | $ 439,846 | $ 144,566 | $ 650,875 |

Debtor-in-Possession Projected 90 Day Profit and Loss Statement - Page 1 of 1

150328

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**SOUTHERN DISTRICT OF CALIFORNIA**

In Re:

IMAGENETIX, INC.,

Debtor(s).

CHAPTER 11 (BUSINESS)

CASE NO. ____ 12-16423 MM11
**OPERATING REPORT NO. 22**
FOR THE MONTH ENDING:
September 16, 2014 (Final)

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

| | | |
|---|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $ 3,126,498.16 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $ 3,029,672.66 |
| 3. BEGINNING BALANCE | | $ 96,825.50 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---:|---:|
| ACCOUNTS RECEIVABLE - PRE-FILING | $ | - |
| ACCOUNTS RECEIVABLE - POST-FILING | $ | 176,468.93 |
| GENERAL SALES | $ | - |
| OTHER (SPECIFY) _Rental sublet_ | $ | 200.00 |
| OTHER ** (SPECIFY) _Client trust acct/ other | $ | - |

| | | |
|---|---|---:|
| TOTAL RECEIPTS THIS PERIOD: | | $ 176,668.93 |
| 5. BALANCE: | | $ 273,494.43 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---:|---:|
| TRANSFERS TO OTHER DIP ACCOUNTS | $ | 37,872.70 |
| DISBURSEMENTS | $ | - |
| TOTAL DISBURSEMENTS THIS PERIOD***: | | $ 37,872.70 |

| | |
|---|---:|
| 7. ENDING BALANCE: | $ 235,621.73 |

8. GENERAL ACCOUNT NUMBER ____xxxxxx8451_____

DEPOSITORY NAME AND LOCATION _California Bank & Trust, 16796 Bernardo Center Dr.,
_____ San Diego, CA 92128_____

\*   _All_ receipts must be deposited into the general account.

\*\*  _Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale._

\*\*\* _This amount should be the same as the total from page 2._

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | See attached - Total Disbursements | $ 37,872.70 |
| | | | from General Account for | $ |
| | | | Current Peiod | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $      - |
| | | | | $      - |
| | | | | $      - |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $ 37,872.70 |

Add additional pages as necessary to include all disbursements.

Debtor-in-Possession Monthly Operating Report (Business) - Page 2 of 14

150328

**TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR SEPTEMBER 2014**

| Check Number | Date | Payee | Purpose | Paid Amount |
|---|---|---|---|---|
| 5290 | 09/01/2014 | Seven | 6290 · Rent | 2,049.00 |
| 5292 | 09/01/2014 | Bernardo Gateway Partners | 6290 · Rent | 7,867.70 |
| 5293 | 09/01/2014 | United Health Care | 6180 · Insurance | 1,909.89 |
| eft | 09/02/2014 | Mobil | 6005 · Gas Cards | 49.80 |
| eft | 09/02/2014 | California Bank & Trust | 6010 · Bank Service Charges | 14.00 |
| eft | 09/02/2014 | San Diego Airport | 6355 · Travel Expenses | 9.50 |
| eft | 09/02/2014 | Gateway Limo | 6355 · Travel Expenses | 145.00 |
| eft | 09/02/2014 | San Diego Airport | 6355 · Travel Expenses | 150.00 |
| 5294 | 09/03/2014 | Maya's Cleaning Services | 6310 · Cleaning & Facility Services | 640.00 |
| eft | 09/03/2014 | ULINE | 5040 · Outside Packaging | 246.62 |
| eft | 09/03/2014 | Shell Oil | 6005 · Gas Cards | 34.72 |
| eft | 09/03/2014 | Carver's | 6350 · Business Meals | 120.60 |
| 4847257 | 09/04/2014 | Lowell W. Giffhorn | 6500 · Salaries | 3,254.85 |
| 4847257 | 09/04/2014 | Debbie Spencer | 6500 · Salaries | 2,431.97 |
| 4847257 | 09/04/2014 | William P. Spencer | 6500 · Salaries | 4,472.03 |
| 4847257 | 09/04/2014 | Jandra Thomas | 6500 · Salaries | 2,851.59 |
| 4847257 | 09/04/2014 | Sheriff's Department | 6500 · Salaries | 312.00 |
| eft | 09/04/2014 | Chevron | 6005 · Gas Cards | 53.15 |
| eft | 09/08/2014 | Chevron | 6005 · Gas Cards | 26.91 |
| eft | 09/08/2014 | Chevron | 6005 · Gas Cards | 71.09 |
| eft | 09/08/2014 | Chilis | 6350 · Business Meals | 31.09 |
| 5295 | 09/09/2014 | Lowell W. Giffhorn | 6000 · Automobile Expense | 513.06 |
| 5295 | 09/09/2014 | Lowell W. Giffhorn | 6180 · Insurance | 415.70 |
| 5295 | 09/09/2014 | Lowell W. Giffhorn | 6780 · Office Supplies | 94.96 |
| eft | 09/09/2014 | Chevron | 6005 · Gas Cards | 41.91 |
| eft | 09/10/2014 | AT&T | 6340 · Telephone | 879.18 |
| eft | 09/10/2014 | Denny's | 6350 · Business Meals | 22.88 |
| eft | 09/10/2014 | A.D.P. (Automatic Payroll Deduction) | 6500 · Salaries | 21.00 |
| eft | 09/10/2014 | A.D.P. (Automatic Payroll Deduction) | 6500 · Salaries | 107.96 |
| eft | 09/10/2014 | Staples | 6780 · Office Supplies | 197.11 |
| WIRE | 09/10/2014 | West Coast Commerce, LLC | 5040 · Outside Packaging | 6,833.20 |
| 5296 | 09/11/2014 | Kain Garcia | 5000 · Outside Manufacturing | 680.00 |
| eft | 09/11/2014 | California Bank & Trust | 6010 · Bank Service Charges | 14.00 |
| eft | 09/11/2014 | SDG&E | 6390 · Utilities | 478.88 |
| eft | 09/11/2014 | SDG&E | 6390 · Utilities | 535.63 |
| eft | 09/12/2014 | California Bank & Trust | 6010 · Bank Service Charges | 12.00 |
| eft | 09/12/2014 | Subway | 6350 · Business Meals | 19.94 |
| eft | 09/15/2014 | Shell Oil | 6005 · Gas Cards | 59.56 |
| eft | 09/15/2014 | Miguel's | 6350 · Business Meals | 75.70 |
| eft | 09/15/2014 | Chilis | 6350 · Business Meals | 63.54 |
| eft | 09/15/2014 | Code 42 Software Inc. | 6780 · Office Supplies | 19.98 |
| eft | 09/15/2014 | Rancho Bernardo Chiropractor | Medical Insurance | 30.00 |
| eft | 09/15/2014 | Rancho Bernardo Chiropractor | Medical Insurance | 15.00 |

|  |  |  |  | 37,872.70 |
|---|---|---|---|---|

## GENERAL ACCOUNT
## BANK RECONCILIATION*

Balance per bank statement dated: __9/16/2014                           $                    235,621.73

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

      Total deposits in transit                           $                    -

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

      Total outstanding checks                           $                    -

Bank statement adjustments**                           $                    -

Adjusted bank balance                           $                    235,621.73

*   *It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.*

**   *Please attach a detailed explanation of any bank statement adjustment.*

Debtor-in-Possession Monthly Operating Report (Business) - Page 3 of 14

150328

## I. <u>CASH RECEIPTS AND DISBURSEMENTS</u> (Continued)
## B. <u>(PAYROLL ACCOUNT)</u>

1.   TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                    $_____

2.   LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
         ACCOUNT REPORTS                                                     $_____

3.   BEGINNING BALANCE                                                       $_____

4.   RECEIPTS
         TRANSFERRED FROM GENERAL ACCOUNT                                    $_____

5.   BALANCE                                                                 $_____

6.   LESS:  DISBURSEMENTS DURING CURRENT PERIOD

     <u>DATE</u>          <u>CHECK NO.</u>              <u>PAYEE</u>              <u>AMOUNT</u>


         Note-  see General Bank Account for detail.  Payroll processed by ADP.
                ADP payroll reports attached.


                                    TOTAL DISBURSEMENTS THIS PERIOD:  $_____

7.   ENDING BALANCE:                                                         $_____

8.   PAYROLL ACCOUNT NUMBER __None- minimal payroll handled by ADP_____

     DEPOSITORY NAME AND LOCATION _____

     _____

## PAYROLL ACCOUNT
## BANK RECONCILIATION*

Balance per bank statement dated:  ___None                           $_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $_____ |
| _____ | _____ |
| _____ | _____ |

    Total deposits in transit                                        _____

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

    Total outstanding checks                              <_____>

Bank statement adjustments**                          _____

Adjusted bank balance                                 $_____

\*  *It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.*

\*\* *Please attach a detailed explanation of any bank statement adjustment.*

## I. CASH RECEIPTS AND DISBURSEMENTS (Continued)
### B. (TAX ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                   $ _____

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
         ACCOUNT REPORTS                                             $ _____

3. BEGINNING BALANCE                                                 $ _____

4. RECEIPTS
         TRANSFERRED FROM GENERAL ACCOUNT                            $ _____

5. BALANCE                                                           $ _____

6. LESS:  DISBURSEMENTS DURING CURRENT PERIOD

   | DATE | CHECK NO. | PAYEE | AMOUNT |
   |------|-----------|-------|--------|
   |      |           |       |        |

                                    TOTAL DISBURSEMENTS THIS PERIOD:  $ _____

7. ENDING BALANCE:                                                   $ _____

8. TAX ACCOUNT NUMBER ____None_____

   DEPOSITORY NAME AND LOCATION __See General Account for detail- taxes handled by ADP_____
   _____

### D. SUMMARY SCHEDULE OF CASH

ENDING BALANCE FOR PERIOD:

|                              |    |            |
|------------------------------|----|------------|
| GENERAL ACCOUNT              | $  | 235,621.73 |
| PAYROLL ACCOUNT              | $  | -          |
| TAX ACCOUNT                  | $  | -          |
| OTHER ACCOUNTS*: ___None_____ | $ | -    |
| OTHER MONIES*: _____None_____ | $ | -    |
| PETTY CASH**                 | $  | -          |
| TOTAL CASH AVAILABLE         | $  | 235,621.73 |

\* *Specify the fund and the type of holding (i.e., CD, Savings Account, Investment Securities, etc.), and the depository name, location and account number.*

\*\* Attach exhibit itemizing all petty cash transactions.

*NOTE:  Attach copies of monthly accounts statements from financial institutions for each account.*

## TAX ACCOUNT
## BANK RECONCILIATION*

*See General Account for details- payroll taxes handled by ADP*

Balance per bank statement dated:  ___None_____                    $_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $_____ |
| _____ | _____ |
| _____ | _____ |

Total deposits in transit                                                    _____

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total outstanding checks                                      <_____>

Bank statement adjustments**                                       _____

Adjusted bank balance                                         $_____

                                                              _____

*   It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.

** Please attach a detailed explanation of any bank statement adjustment.

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| Pacific Rainbow | Mo | $ 4,539.06 | 3* | $ 9,861.62 |
| Bernardo Gateway | Mo | $ 7,596.00 | 0 | $ - |
| Seven Mfg. | Mo | $ 2,049.00 | 0 | $ - |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL DUE** | $ 9,861.62 |

* represents interest due from the date of filing 12/18/12 thru 9/22/14 less 19 payments made in Feb. 2013 thru Aug 2014

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD

GROSS SALES SUBJECT TO SALES TAX $_____

TOTAL WAGES PAID $_____

| | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $ None | $ None | |
| STATE WITHHOLDING | $ Paid by ADP | $ | |
| FICA - EMPLOYER'S SHARE | $ | $ | |
| FICA - EMPLOYEE'S SHARE | $ | $ | |
| FEDERAL UNEMPLOYMENT | $ | $ | |
| STATE WITHHOLDING | $ | $ | |
| SALES AND USE | $ | $ | |
| REAL PROPERTY | $ | $ | |
| OTHER (SPECIFY) | $ | $ | |
| TOTAL: | $ - | $ - | |

Debtor-in-Possession Monthly Operating Report (Business) - Page 8 of 14

## IV. AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

|  | ACCOUNTS PAYABLE*<br>(POST-PETITION ONLY) | ACCOUNTS<br>Pre-Petition | RECEIVABLE<br>Post-Petition |
|---|---|---|---|
| 30 days or less | $ 9,175.64 |  | $ (8,490.00) |
| 31 - 60 days | $ 5,691.82 |  | $ 51,052.20 |
| 61 - 90 days | $ 6,647.60 |  | $ 60,762.85 |
| 91 - 120 days | $ 919.21 | $ - | $ - |
| Over 120 days | $ 11,467.09 | $ 32,726.98 | $ 70,441.90 |
| TOTALS: | $ 33,901.36 | $ 32,726.98 | $ 173,766.95 |

## V. INSURANCE COVERAGE

|  | NAME OF<br>CARRIER | AMOUNT OF<br>COVERAGE | POLICY EXPIRATION<br>DATE | PREMIUM PAID<br>THROUGH: |
|---|---|---|---|---|
| General Liability | Evanston | $2 Mil/ $2 mil | 12/20/2014 | 9/16/2014 |
| Worker Compensation | Employers Comp | $1 mil | 6/4/2015 | 9/16/2014 |
| Casualty | Hartford | $470K/ $3 mil | 1/22/2015 | 9/16/2014 |
| Vehicle | None |  |  |  |
| _____ |  |  |  |  |
| _____ |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Qtrly Period<br>Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee<br>Still Owing |
|---|---|---|---|---|---|
| 12/31/2012 | $ 2,296.02 | $ 325.00 | 1/30/2013 | $ 325.00 | $ - |
| 3/31/2013 | $ 369,679.19 | $ 4,875.00 | 4/23/2013 | $ 4,875.00 | $ - |
| 6/30/2013 | $ 439,355.52 | $ 4,875.00 | 7/24/2013 | $ 4,875.00 | $ - |
| 9/30/2013 | $ 343,290.74 | $ 4,875.00 | 10/23/2013 | $ 4,875.00 | $ - |
| 12/31/2013 | $ 388,785.58 | $ 4,875.00 | 1/16/2014 | $ 4,875.00 | $ - |
| 3/31/2014 | $ 628,051.20 | $ 4,875.00 | 5/19/2014 | $ 4,875.00 | $ - |
| 6/30/2014 | $ 343,026.49 | $ 4,875.00 | 7/17/2014 | $ 4,875.00 | $ - |

*Post-Petition Accounts Payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the Court. Post-Petition Accounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.

## VII. <u>SCHEDULE OF COMPENSATION PAID TO INSIDERS</u>

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
| William P. Spencer | 11/22/2013 | $174,487 / YR | $ 6,711.04 |
| Debra L. Spencer | 11/22/2013 | $86,689 / YR | $ 3,334.18 |
| Lowell W. Giffhorn | 11/22/2013 | $120,000 / YR | $ 4,615.38 |
| William Toomey | 11/22/2013 | $6,000 / YR | $ - |
| | | | |
| | | | |

*\* Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)*

## VIII. <u>SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS</u>

| Name of Insider | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
| William P. Spencer | 11/22/2013 | Gas reimbursement, medical insur | $ 337.14 |
| Debra L. Spencer | 11/22/2013 | Medical insurance | $ - |
| Lowell W. Giffhorn | 11/22/2013 | Gas, insurance and supplies | $ 1,023.72 |
| William Toomey | 11/22/2013 | | $ - |
| | | | |
| | | | |
| | | | |

Debtor-in-Possession Monthly Operating Report (Business) - Page 10 of 14

ORR-Page 31 (rev. 03/01/08)

150328

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | $ - | $ 4,136,347.89 |
| Less: Returns/Discounts | ( ) | ( ) |
| Net Sales/Revenue | $ - | $ 4,136,347.89 |
| | | |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | $ 131,260.53 | $ 22,488.00 |
| Purchases | $ 19,623.16 | $ 1,068,807.36 |
| Less: Ending Inventory at cost | $ (31,780.00) | $ (31,780.00) |
| Cost of Goods Sold (COGS) | $ 119,103.69 | $ 1,059,515.36 |
| | | |
| Gross Profit | $ (119,103.69) | $ 3,076,832.53 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| Operating Expenses: | | |
| Payroll - Insiders | $ 29,321.20 | $ 672,838.19 |
| Payroll - Other Employees | $ 7,606.34 | $ 239,292.34 |
| Payroll Taxes | $ 142.66 | $ 75,147.19 |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | $ - | $ 38,956.64 |
| Rent Expense - Real Property | $ 9,716.70 | $ 202,395.10 |
| Lease Expense - Personal Property | | |
| Insurance | $ 224.48 | $ 105,334.08 |
| Real Property Taxes | $ - | $ 2,178.97 |
| Telephone and Utilities | $ 2,770.94 | $ 61,843.21 |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) business meals and parking | $ 638.25 | $ 12,818.55 |
| Miscellaneous Operating Expenses (Itemize) see attached | $ 7,001.09 | $ 215,339.89 |
| Total Operating Expenses | $ (57,421.66) | $ (1,626,144.16) |
| | | |
| Net Gain/(Loss) from Operations | $ (176,525.35) | $ 1,450,688.37 |
| | | |
| Non-Operating Income: | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | $ - | $ 335,399.00 |
| Total Non-Operating Income | $ - | $ 335,399.00 |
| | | |
| Non-Operating Expense: | | |
| Interest Expense | $ 3,283.04 | $ 96,238.74 |
| Legal and Professional (Itemize) | $ (1,517.68) | $ 818,925.74 |
| Other (Itemize) | | |
| Total Non-Operating Expenses | $ (1,765.36) | $ (915,164.48) |
| | | |
| NET INCOME/(LOSS) | $ (178,290.71) | $ 870,922.89 |

(Attach exhibit listing all itemizations required above)

$ -

Debtor-in-Possession Monthly Operating Report (Business) - Page 11 of 14

150328

### IX. BALANCE SHEET
(ACCRUAL BASIS ONLY)

|  | | Current Month End | | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current Assets: | | | | |
| Unrestricted Cash | $ | 235,621.73 | | |
| Restricted Cash | | | | |
| Accounts Receivable | $ | 206,493.93 | | |
| Inventory | $ | 31,780.00 | | |
| Notes Receivable | | | | |
| Prepaid Expenses | | | | |
| Other (Itemize) | | | | |
| Total Current Assets | | | $ | 473,895.66 |
| | | | | |
| Property, Plant, and Equipment | $ | 254,873.45 | | |
| Accumulated Depreciation/Depletion | $ | (254,873.45) | | |
| Net Property, Plan, and Equipment | | | $ | - |
| | | | | |
| Other Assets (Net of Amortization): | | | | |
| Due from Insiders | | | | |
| Other (Itemized) See page 12 disclosure attached | $ | 47,065.15 | | |
| Total Other Assets | | | $ | 47,065.15 |
| | | | | |
| **TOTAL ASSETS** | | | $ | 520,960.81 |
| | | | | |
| **LIABILITIES** | | | | |
| Post-Petition Liabilities: | | | | |
| Accounts Payable | $ | 33,901.36 | | |
| Taxes Payable | | | | |
| Notes Payable | | | | |
| Professional Fees | $ | 498,437.61 | | |
| Secured Debt | | | | |
| Other (Itemized) See page 12 disclosure attached | $ | 161,580.42 | | |
| Total Post-Petition Liabilities | | | $ | 693,919.39 |
| | | | | |
| Pre-Petition Liabilities: | | | | |
| Secured Liabilities | $ | 3,321,134.23 | | |
| Priority Liabilities | $ | 1,895.00 | | |
| Unsecured Liabilities | $ | 949,628.01 | | |
| Other (Itemized) See page 12 disclosure attached | $ | 21,039.60 | | |
| Total Pre-Petition Liabilities | | | $ | 4,293,696.84 |
| | | | | |
| **TOTAL LIABILITIES** | | | $ | 4,987,616.23 |
| | | | | |
| **EQUITY:** | | | | |
| Pre-Petition Owners' Equity | $ | (5,337,578.31) | | |
| Post-Petition Profit/(Loss) | $ | 870,922.89 | | |
| Direct Charges to Equity | | | | |
| | | | | |
| **TOTAL EQUITY** | | | $ | (4,466,655.42) |
| | | | | |
| **TOTAL LIABILITIES & EQUITY** | | | $ | 520,960.81 |

150328

**Imagenetix, Inc.**        **Case Number 12-16423 MM11**

Debtor in Possession Monthly Operating Report No. 22- September 16, 2014
Supplemental Information

<u>Page 12 of 14</u>                                     As of 9/16/2014
Other assets (Net of Amortizaiton)
    Other (Itemized)
        Unamortized costs of procuring
          patents and trademarks              $     23,166.26
        Landlord deposits                  $     23,898.89
                                           $     47,065.15

Post-petition liabilities
    Other (Itemized)
        Interest due on secured note       $      9,861.62
        Wages payable                      $     23,618.80
        Customer deposits                  $    128,100.00
        Total                              $    161,580.42

Pre-petition liabilities
    Other (Itemized)
        Interest due on secured note       $     21,039.60
        Total                              $     21,039.60

| Page 11 of 14 | Current Month | Cumulative Post-Petition |
|---|---|---|
| Miscellaneous Operating Expenses (Itemize) | | |
| Advertising | $ - | $ 5,000.00 |
| Accounting | $ 5,036.04 | $ 5,805.26 |
| Gas cards | $ 850.20 | $ 13,181.55 |
| Bank service charges | $ 40.00 | $ 4,127.42 |
| Postage and delivery | $ - | $ 9,428.93 |
| Outside services | $ (837.00) | $ 123,452.29 |
| Liquidated damages TriPharma | $ - | $ 20,000.00 |
| Dues and subscriptions | $ - | $ 445.47 |
| Licenses and permits | $ - | $ 3,492.67 |
| Public relations | $ - | $ 1,150.00 |
| Marketing | $ - | $ 590.66 |
| Supplies | $ - | $ 3,388.65 |
| State income taxes | $ 659.80 | $ 2,444.00 |
| Office supplies | $ 612.05 | $ 10,032.99 |
| Cleaning services | $ 640.00 | $ 12,800.00 |
| | $ 7,001.09 | $ 215,339.89 |
| | | |
| Non-operating income Other (Itemize) | | |
| Insurance proceeds from bus interruption | $ - | $ 42,899.00 |
| Nikken litigation settlement | $ - | $ 292,500.00 |
| | $ - | $ 335,399.00 |
| | | |
| Legal and Professional (Itemize) | | |
| Winthrop Couchot | $ - | $ 716,716.13 |
| Kotchen and Low | $ - | $ 68,985.11 |
| Gregory Olson | $ - | $ 12,774.80 |
| Shustak Frost | $ (1,517.68) | $ 4,189.70 |
| TechLaw | $ - | $ 16,260.00 |
| | $ (1,517.68) | $ 818,925.74 |

## XI. **QUESTIONNAIRE**

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

    ___x___    No.

    _____    Yes.    Explain    _____

    _____

    _____

2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

    ___x___    No.

    _____    Yes.    Amount, to whom, and for what period?    _____

    _____

3.  State what progress was made during the reporting period toward filing a plan of reorganization:

    The Debtor's efforts this month were focused on Plan confirmation which was granted on 9/10/2014

    with an effective date of 9/16/2014.

    This is the final monthly operating report.

    _____

    _____

    _____

4.  Describe potential future developments which may have a significant impact on the case.

    Ongoing legal actions against Frutarom (fraud claim) and additional litigation (patent issues) which may

    provide significant proceeds to the Debtor, which, if successful, will facilitate the reorganization of the

    Debtor.

    _____

    _____

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6.        Did you receive any exempt income this month, which is not set forth in the operating report?

X          No.

               Yes.      Please set forth the amounts and the source of the income.

      I, __Lowell W. Giffhorn, CFO_ (name and title), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date:        October 4, 2014

Principal for debtor-in-possession

Debtor-in-Possession Monthly Operating Report (Business) - Page 14 of 14

150328

1/4

9/29/2014

Account Register Printable View

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/02/2014 | Check 5289 | CHECK | ✓ | | $4,539.06 | $111,609.18 |
| 09/02/2014 | Check 5286 | CHECK | ✓ | | $2,053.32 | $116,148.24 |
| 09/02/2014 | Debit | ATT 9864031003Payment TEL307065007CSR1M imagentix REF # 014245004143811 | ✓ | | $344.26 | $118,201.56 |
| 09/02/2014 | Debit | 2471705L53VBB6PNR 9564 SAN DIEGO COUNTY RAA SAN DIEGO CA | ✓ | | $150.00 | $118,545.82 |
| 09/02/2014 | Debit | 2469216L500TYD9F3 9564 GATEWAY LIMO SUGARLAND TX | ✓ | | $145.00 | $118,695.82 |
| 09/02/2014 | Debit | 2416405L2B01B287Z 9572 EXXONMOBIL 48049100HOUSTON TX | ✓ | | $49.80 | $118,840.82 |
| 09/02/2014 | Debit | 2469216L10099W5GN 9572 HUDSON NEWS SAN DIEGO CA | ✓ | | $9.50 | $118,890.62 |
| 09/02/2014 | Debit | WIRE/OUT-2014090200002953;BNF ADP Payroll | ✓ | | $6,339.15 | $118,900.12 |
| 09/02/2014 | Service Charge | TRANSACTION SERVICE FEE | ✓ | | $14.00 | $125,239.27 |
| 09/02/2014 | Credit 933 | WIRE/IN-2014090200002301;ORG CYMBIOTICS BIOPHARMA P LTD;OBI | ✓ | $12,720.00 | | $125,253.27 |
| 08/29/2014 | Check 472569 | CHECK | ✓ | | $312.00 | $112,533.27 |
| 08/29/2014 | Check 5291 | CHECK | ✓ | | $680.00 | $112,845.27 |

**Transaction Status Legend:**

| ✓ | 🗓 | ⇄ | ✕ |
|---|---|---|---|
| Cleared | Scheduled | In Progress | Problem |

Transaction history may not be available for new Online Banking customers or for recently opened accounts until the next business day. You can see statement versions of your account activity by clicking on the eStatements link above.

9/29/2014

Account Register Printable View

Font Size

2/4

Close Window   Print Screen

## Account Register Printable View

**Account Number:** xxxxxx8451
**Prior Day Balance:** $193,996.15
**Current Balance:** $192,612.01
**Available Balance:** $192,540.51
**Sweep Investment Balance:** $.00

### TRANSACTIONS PENDING

| Date | Transaction | Description | | Debit(s) | Credit(s) |
|---|---|---|---|---|---|
| 09/29/2014 | Debit | ATT 800-452-2248 AT&T BUS | ⇄ | $762.36 | |
| 09/29/2014 | Debit | ATT 800-452-2248 AT&T BUS | ⇄ | $563.20 | |
| 09/27/2014 | Debit | CHEVRON 00371991 SAN DIEG | ⇄ | $58.58 | |
| 09/26/2014 | Debit | CTO*GOTOMYPC.COM 888-259- | ⇄ | $19.95 | |
| 09/25/2014 | Debit | DENNY'S #7857 SAN DIEG | ⇄ | $51.55 | |

### TRANSACTIONS CLEARED BETWEEN 08/29/2014 AND 09/29/2014

| Date | Transaction | Description | Status | Debit(s) | Credit(s) | Balance |
|---|---|---|---|---|---|---|
| 09/11/2014 | Service Charge | TRANSACTION SERVICE FEE | ✓ | $14.00 | | $142,657.00 |
| 09/11/2014 | Credit 715 | WIRE/IN-2014091100002312;ORG CYMBIOTICS BIOPHARMA P LTD;OBI | | | $8,490.00 | $142,671.00 |
| 09/10/2014 | Check 472574 | CHECK | ✓ | $312.00 | | $134,181.00 |
| 09/10/2014 | Debit | ATT 9864031003Payment TEL040558005CSR1X IMAGENETIX INC REF # 014253009175043 | ✓ | $879.18 | | $134,493.00 |
| 09/10/2014 | Debit | ADP PAYROLL FEES9659605001ADP - FEESCCD13K5V 8468625IMAGENETIX REF # 014252008659760 | ✓ | $107.96 | | $135,372.18 |
| 09/10/2014 | Debit | ADP PAYROLL FEES9659605001ADP - FEESCCD13K5V 8468625IMAGENETIX REF # 014252008659761 | ✓ | $21.00 | | $135,480.14 |
| 09/10/2014 | Debit | 2442733LQLM7TZAVK 9572 DENNY'S #7857 SAN DIEGO CA | ✓ | $22.88 | | $135,501.14 |
| 09/10/2014 | Debit | 2416407LQ31VRVJKX 9572 STAPLES DIRECT 800-3333330 MA | ✓ | $197.11 | | $135,524.02 |
| 09/10/2014 | Debit | WIRE/OUT-2014091000004093,BNF West Coast Commerce | ✓ | $6,833.20 | | $135,721.13 |
| 09/09/2014 | Debit | 2404603LB005KYFA1 9572 CHEVRON 00371991 SAN DIEGO CA | ✓ | $41.91 | | $142,554.33 |
| 09/09/2014 | Deposit | DEPOSIT | ✓ | | $53,580.25 | $142,596.24 |
| 09/08/2014 | Debit | 2404603LA0007NJ9M 9572 CHEVRON 00371991 SAN DIEGO CA | ✓ | $71.09 | | $89,015.99 |
| 09/08/2014 | Debit | 2404603L9000GYX2X 9572 CHEVRON 00371991 SAN DIEGO CA | ✓ | $26.91 | | $89,087.08 |
| 09/08/2014 | Debit | 2423168L8614M6VF7 9572 CHILI'S ESCONDIDO ESCONDIDO CA | ✓ | $31.09 | | $89,113.99 |
| 09/08/2014 | Deposit | DEPOSIT | ✓ | | $5,900.00 | $89,145.08 |
| 09/04/2014 | Check 472573 | CHECK | ✓ | $2,851.59 | | $83,245.08 |
| 09/04/2014 | Check 472570 | CHECK | ✓ | $3,254.85 | | $86,096.67 |
| 09/04/2014 | Check 5295 | CHECK | ✓ | $640.00 | | $89,351.52 |
| 09/04/2014 | Debit | 2404603L6006FTQFN 9572 CHEVRON 00371991 SAN DIEGO CA | ✓ | $53.15 | | $89,991.52 |
| 09/03/2014 | Check 8292 | CHECK | ✓ | $7,867.70 | | $90,044.67 |
| 09/03/2014 | Debit | 2469216L600D57EVG 9572 ULINE *SHIP SUPPLIES 800-295-5510 IL | ✓ | $246.62 | | $97,912.37 |
| 09/03/2014 | Debit | 2449279L53DWMM8V4 9572 CARVERS RESTAURANT RACHO BRNRDO CA | ✓ | $120.60 | | $98,158.99 |
| 09/03/2014 | Debit | 2431605L5FZ8BY56H 9572 SHELL OIL 57545981706 KATY TX | ✓ | $34.72 | | $98,279.59 |
| 09/03/2014 | Check 472572 | TELLER CASHED CHECK | ✓ | $4,472.03 | | $98,314.31 |
| 09/03/2014 | Check 472571 | TELLER CASHED CHECK | ✓ | $2,431.97 | | $102,786.34 |
| 09/03/2014 | Check 472566 | TELLER CASHED CHECK | ✓ | $2,431.98 | | $105,218.31 |
| 09/02/2014 | Check 5293 | CHECK | ✓ | $1,909.89 | | $107,650.29 |
| 09/02/2014 | Check 5290 | CHECK | ✓ | $2,049.00 | | $109,560.18 |

3/4

9/29/2014

Account Register Printable View

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/15/2014 | Debit | 2475542LF7LGVMYR4 9564 CLINIC RANCHO BERNARDO LA JOLLA CA | ✓ | $30.00 | | $237,559.23 |
| 09/12/2014 | Debit | 2416407LE7DM7BK0Y 9564 SUBWAY 00271171 SAN DIEGO CA | ✓ | $19.94 | | $237,589.23 |
| 09/12/2014 | Service Charge | TRANSACTION SERVICE FEE | ✓ | $12.00 | | $237,609.17 |
| 09/12/2014 | Credit 1593 | WIRE/IN-2014091200005935;ORG PROPRIETARY NUTRITIONAL INC | ✓ | | $95,978.68 | $237,621.17 |
| 09/11/2014 | Debit | SD GAS ELEC 5951184800PAID SDGE WEB1290089423 1410371119438 REF # 014254009877765 | ✓ | $535.63 | | $141,642.49 |
| 09/11/2014 | Debit | SD GAS ELEC 5951184800PAID SDGE WEB9165079513 1410371119482 REF # 014254009877766 | ✓ | $478.88 | | $142,178.12 |

**Transaction Status Legend:**

| ✓ | ▦ | ⇄ | ✕ |
|---|---|---|---|
| Cleared | Scheduled | In Progress | Problem |

Transaction history may not be available for new Online Banking customers or for recently opened accounts until the next business day. You can see statement versions of your account activity by clicking on the eStatements link above.

4/4

9/29/2014

Account Register Printable View

Font Size

Close Window  Print Screen

## Account Register Printable View

Business Business Concentration #8451

**Account Number:** xxxxxx8451
**Prior Day Balance:** $193,996.15
**Current Balance:** $192,612.01
**Available Balance:** $192,540.51
**Sweep Investment Balance:** $.00

### TRANSACTIONS PENDING

| Date | Description | Description | Status | Debit (-) | Credit (+) |
|------|-------------|-------------|--------|-----------|------------|
| 09/29/2014 | Debit | ATT 800-452-2248 AT&T BUS | ⇄ | $782.36 | |
| 09/29/2014 | Debit | ATT 800-452-2248 AT&T BUS | ⇄ | $563.20 | |
| 09/27/2014 | Debit | CHEVRON 00371991 SAN DIEG | ⇄ | $58.58 | |
| 09/26/2014 | Debit | CTO*GOTOMYPC.COM 888-259- | ⇄ | $19.95 | |
| 09/25/2014 | Debit | DENNY'S #7857 SAN DIEG | ⇄ | $51.55 | |

### TRANSACTIONS CLEARED BETWEEN 08/29/2014 AND 09/29/2014

| Date | Description | Description | Status | Debit (-) | Credit (+) | Bank w |
|------|-------------|-------------|--------|-----------|------------|--------|
| 09/26/2014 | Check 5302 | CHECK | ✓ | $720.00 | | $193,996.15 |
| 09/26/2014 | Debit | ADP PAYROLL FEES9659605001ADP - FEESCCD2RN6X 9152301IMAGENETIX REF # 014268006048136 | ✓ | $107.72 | | $194,716.15 |
| 09/25/2014 | Debit | WIRE/OUT-2014092500004362;BNF Lifetech Resources | ✓ | $26,734.00 | | $194,823.87 |
| 09/24/2014 | Check 5300 | CHECK | ✓ | $1,909.89 | | $221,557.87 |
| 09/24/2014 | Debit | 2449279LS3DWMM8X9 9572 CARVERS RESTAURANT RACHO BRNRDO CA | ✓ | $62.65 | | $223,467.76 |
| 09/24/2014 | Debit | 2404603LS005B7JJ0 9564 CHEVRON 00371991 SAN DIEGO CA | ✓ | $68.69 | | $223,530.41 |
| 09/24/2014 | Electronic Deposit 4529993 | ADP PAYROLL FEES9659605001ADP - FEESCCD13K5V 9035408IMAGENETIX REF # 014265004529993 | ✓ | | $1.00 | $223,599.10 |
| 09/23/2014 | Check 5299 | CHECK | ✓ | $836,028.24 | | $223,598.10 |
| 09/23/2014 | Debit | 2471705LS3J7LFP7R 9572 TRANSFERBIGFILESCOM SCOTTSDALE AZ | ✓ | $14.99 | | $1,059,626.34 |
| 09/22/2014 | Check 48472579 | CHECK | ✓ | $312.00 | | $1,059,641.33 |
| 09/22/2014 | Check 5297 | CHECK | ✓ | $6,075.82 | | $1,059,953.33 |
| 09/22/2014 | Fee | ANALYSIS SERVICE FEE | ✓ | $175.00 | | $1,066,029.15 |
| 09/22/2014 | Debit | 2479262LTEA6T99FJ 9572 BATH & BODY WORKS 0298ESCONDIDO CA | ✓ | $61.56 | | $1,066,204.15 |
| 09/22/2014 | Debit | 2404603LN006ELBN2 9572 CHEVRON 00371991 SAN DIEGO CA | ✓ | $47.70 | | $1,066,265.71 |
| 09/22/2014 | Debit | 2442733LNLM7SBE3H 9572 DENNY'S #7857 SAN DIEGO CA | ✓ | $48.85 | | $1,066,313.41 |
| 09/19/2014 | Check 48472578 | CHECK | ✓ | $2,548.25 | | $1,066,362.26 |
| 09/19/2014 | Debit | 2404603LN000H0WX2 9572 CHEVRON 00371991 SAN DIEGO CA | ✓ | $60.48 | | $1,068,910.51 |
| 09/19/2014 | Service Charge | TRANSACTION SERVICE FEE | ✓ | $12.00 | | $1,068,970.99 |
| 09/19/2014 | Credit 1721 | WIRE/IN-2014091900005423;ORG WINTHROP COUCHOT PROFESSIONAL;O | ✓ | | $850,000.00 | $1,068,982.99 |
| 09/18/2014 | Check 48472575 | CHECK | ✓ | $3,254.86 | | $218,982.99 |
| 09/17/2014 | Check 48472577 | CHECK | ✓ | $4,698.38 | | $222,237.85 |
| 09/17/2014 | Check 48472576 | CHECK | ✓ | $2,431.98 | | $226,936.23 |
| 09/17/2014 | Debit | 2469216LK00BF4T4L 9572 SOUPLANTATION 28 Q02 SAN DIEGO CA | ✓ | $51.75 | | $229,368.21 |
| 09/17/2014 | Debit | WIRE/OUT-2014091700006557;BNF ADP Payroll | ✓ | $6,189.77 | | $229,419.96 |
| 09/17/2014 | Debit | WIRE/OUT-2014091700005741;BNF Law Offices of John R. Walton | ✓ | $150,000.00 | | $235,609.73 |
| 09/17/2014 | Service Charge | TRANSACTION SERVICE FEE | ✓ | $12.00 | | $385,609.73 |
| 09/17/2014 | Credit 1492 | WIRE/IN-2014091700005087;ORG WINTHROP COUCHOT PROFESSIONAL | ✓ | | $150,000.00 | $385,621.73 |
| 09/15/2014 | Check 5296 | CHECK | ✓ | $1,023.72 | | $235,621.73 |
| 09/15/2014 | Check 5294 | CHECK | ✓ | $680.00 | | $236,645.45 |
| 09/15/2014 | Debit | 2431605LHFYY2YA69 9572 SHELL OIL 57445193709 SAN DIEGO CA | ✓ | $59.56 | | $237,325.45 |
| 09/15/2014 | Debit | 2423168LG614M8VN5 9572 CHILI'S ESCONDIDO ESCONDIDO CA | ✓ | $63.54 | | $237,385.01 |
| 09/15/2014 | Debit | 2443654LG05R7TTRN 9564 CODE 42 SOFTWARE INC 612-3334242 MN | ✓ | $19.98 | | $237,448.55 |
| 09/15/2014 | Debit | 2475542LF7LGVN0L6 9572 CLINIC RANCHO BERNARDOLA JOLLA CA | ✓ | $15.00 | | $237,468.53 |
| 09/15/2014 | Debit | 2451239LFD6BBHZ2S 9572 MIGUELS COCINA SAN DIEGO CA | ✓ | $75.70 | | $237,483.53 |

# Payroll Summary

## Payroll Totals

| | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Earnings | | | | | | | | | | | |
| Gross | 18,463.77 | SS/Med | 1,218.56 | CA State | 981.89 | INSUR | 92.30 | | | | |
| SALARY | 18,463.77 | Fed Wt | 2,731.51 | CA DIS | 117.07 | PAYMNT | -312.00 | GN0004 | 312.00 | 5 Chks | 13,322.44 |
| Total Gross | 18,463.77 | Total Withholdings | | | | Total Deductions | | | 92.30 | 5 Total Net | 13,322.44 |

## Taxes

| Tax Type | Total Taxes | Deposit Responsibility | Employer This Pay | Employee This Pay | Taxable Wages | # of Employees | Tax Rate | ID Number |
|---|---|---|---|---|---|---|---|---|
| Social Security/Medicare | 2,437.12 | ADP | 1,218.56 | 1,218.56 | 18,371.47 | 4 | | 330840910 |
| Federal Withholding | 2,731.51 | ADP | | 2,731.51 | 18,371.47 | 4 | | 330840910 |
| **Federal Deposit** | **5,168.63** | | **1,218.56** | **3,950.07** | | | | |
| Federal Unemployment | 981.89 | ADP | | 981.89 | 18,371.47 | 4 | .6000 % | 330840910 |
| CA State Income Tax | | ADP | | | | 4 | | 448-6111 |
| CA Disability | 117.07 | ADP | | 117.07 | 11,706.58 | 4 | 6.2000 % | 449-6111 |
| CA Unemployment | | ADP | | | | 4 | | 449-6111 |
| **ADP Responsibility** | **6,267.59** | | **1,218.56** | **5,049.03** | | | | |
| **Total Taxes** | **6,267.59** | | **1,218.56** | **5,049.03** | | | | |

Total Withholdings: 5,049.03   Total Deductions: 5,049.03

## Cash Flow Summary

| | Amount | Account Number | Bank Number | Bank Name |
|---|---|---|---|---|
| Checks | 13,322.44 | | | |
| Taxes - ADP Resp. | 6,267.59 | | | |
| Pay-by-Pay Insurance | 71.56 | | | |
| ADP Invoice | 107.96 | | | |
| **Cash Requirements** | **19,769.55** | XXXXXX8451 | XXXXXXXXX | CALIFORNIA BANK & TR |

**Messages**  *We are responsible for depositing your payroll taxes listed above.*

| Client: K5V | Period Covered: 08/18/2014 - 08/31/2014 | Run: 18 |
| IMAGENETIX | Check Date: 09/04/2014 | Week: 34 |
| Branch: 10 | | Qtr: 3 |
| | | Page: 1 |

