JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HINDS & SHANKMAN, LLP
21515 Hawthorne Boulevard, Suite 1150
Torrance, CA 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Secured Creditor, TriPharma, LLC

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:

IMAGENETIX, INC., a Nevada corporation,

        Debtor and
        Debtor-in-Possession.

Case No. 12-16423 MM11

Chapter 11 Proceeding

**NOTICE OF DEFAULT BY THE DEBTOR ON POST-PLAN CONFIRMATON PAYMENT DUE TO TRIPHARMA, LLC**

**PLEASE TAKE NOTICE** that TriPharma, LLC, secured creditor under the terms of the Debtor's confirmed chapter 11 Plan in this matter, hereby declares that the Debtor is in default under Section 12 of the parties' approved Settlement Agreement, the Debtor missed a post-plan confirmation payment due to TriPharma, LLC which was due on December 1, 2014. TriPharma, LLC specifically reserves all rights to foreclose on the assets of the Debtor as provided for in paragraph 12 of the approved Settlement Agreement.

Dated: December 30, 2014

                                                              TRIPHARMA, LLC

                                                              By: _____
                                                                   EVAN DAMESHEK

/ / /

Dated: December 30, 2014

JAMES ANDREW HINDS, JR.
PAUL R. SHANKMAN
HINDS & SHANKMAN, LLP

By: _____
JAMES ANDREW HINDS, JR.
Attorneys for Secured Creditor, TriPharma, LLC

2

NOTICE OF DEFAULT BY THE DEBTOR ON POST-PLAN CONFIRMATON PAYMENT DUE TO TRIPHARMA, LLC

# CERTIFICATE OF SERVICE

I, Mayra Duran declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the action; and my business address is 21515 Hawthorne Boulevard, Suite 1150, Torrance, California 90503.

On December 31, 2014 I served: **NOTICE OF DEFAULT BY THE DEBTOR ON POST-PLAN CONFIRMATON PAYMENT DUE TO TRIPHARMA, LLC** on the interested parties as follows and by the following means of service:

_X_   On December 31, 2014, I checked the CM/ECF docket for the Bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the e-mail addresses stated below:

Service information continued on attached page.

___ **BY FACSIMILE**: On the above captioned date, from Torrance, California, I caused each such document to be transmitted by facsimile machine to the parties and numbers indicated above. To the best of my knowledge, the transmission was reported as complete, and no error was reported by the facsimile machine. A copy of the transmission record is maintained by our office.

___ **BY ELECTRONIC MAIL**: From Torrance, California, I caused each such document to be transmitted electronically to the parties at the e-mail address indicated above. To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed. A return receipt was requested at the time of the transmission of each such document and I did not receive a notice of failure of receipt of each document.

_X_ **BY FIRST CLASS MAIL**: On December 31, 2104, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury and the laws of the State of California and the United States of America that the above is true and correct.

Executed on December 31, 2014, at Torrance, California.

/s/ Mayra Duran
MAYRA DURAN

-1-
CERTIFICATE OF SERVICE

**NEF SERVICE LIST:**

Bernard D. Bollinger bbollinger@buchalter.com
Dennis Winters winterslawfirm@cs.com
Dheeraj Singhal dksinghal@dcmlawgroup.com
Garrick A. Hollander ghollander@winthropcouchot.com
Heather U. Guerena huguerna@duanemorris.com
Jeanie Kim jkim@winthropcouchot.com
John W. Cutchin jcutchin@san.rr.com
Kristin Mihelic Kristin T. Mihelic@usdoj.gov; tiffiny.1.carrollMihelic@usdoj.gov
Matthew Bouslog mbouslog@gilsondunn.com
pcrawfordmbouslog@gilsondunn.com
Robert E. Opera ropera@winthropcouchot.com
Sarah D. Moyed moyeds@sec.gov
U.S. Trustee ustp.region15@usdoj.gov

**MAIL SERVE LIST:**

Imagenetix, Inc.
10845 Rancho Bernardo Road
Suite 105
San Diego, CA 92127-2107

Erwin J. Shustak, Esq.
Shustak & Partners P.C.
401 West Broadway
Suite 2330
San Diego, CA 92101-7914

Gregory P. Olson, Esq.
Law Offices of Gregory P. Olson
501 West Broadway
Suite 1370
San Diego, CA 92101-3556