1  DEBRA A. RILEY (BAR NO. 151925)
   ALLEN MATKINS LECK GAMBLE
2    MALLORY & NATSIS LLP
   501 West Broadway, 15th Floor
3  San Diego, California 92101-3541
   Phone: (619) 233-1155
4  Fax: (619) 233-1158
   E-Mail: driley@allenmatkins.com
5
   Attorneys for Reorganized Debtor,
6  IMAGENETIX, INC.

7

8              UNITED STATES BANKRUPTCY COURT

9                  Southern District of California

10

| 11 | IMAGENETIX, INC., a Nevada corporation, | Case No. 12-16423 MM11 |
|---|---|---|
| 12 | Debtor. | Chapter 11 |
| 13 | | **REORGANIZED DEBTOR'S OBJECTION TO LATE-FILED REPLY AND *EX PARTE* MOTION TO CONSIDER LATE-FILED JOINT OMNIBUS REPLY FILED BY WALTON LAW GROUP, P.C. AND DCDM LAW GROUP PC** |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | Date:  April 5, 2016<br>Time:  10:00 a.m.<br>Dept.: 1<br>Judge: Hon. Margaret M. Mann |
| 18 | | |
| 19 | | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

841103.01/SD

Imagenetix, Inc. ("Imagenetix") hereby submits this Objection to the Joint Late-Filed Reply and *Ex Parte* Motion to Consider Late-Filed Joint Omnibus Reply filed by Walton Law Group, P.C. ("WLG") and DCDM Law Group, PC ("DCDM," collectively with WLG, "TriPharma's Former Counsel") to Imagenetix's opposition to the Joint Motion to Intervene in the Bankruptcy Proceeding ("Intervention Motion"); and respectfully represents as follows:

Pursuant to the Order entered by this Court on March 17, 2016 (Dkt. No. 530), TriPharma's Former Counsel were required to file their Reply to opposition to the Intervention Motion on or before Wednesday, March 30, 2016. Rather than complying with this Court's Order, Former Counsel disregarded it and filed their Reply and the Declaration of John Walton in Support of the Reply ("Walton Declaration") on Friday, April 1, 2016, at approximately 7:33 p.m. This is not an isolated instance. TriPharma's Former Counsel's opposition to Imagenetix's Motion to Approve Amended Settlement Agreement and Close the Bankruptcy Case was also filed late (Dkt. No. 512), as were their evidentiary objections to the Declarations of Lowell Griffith, William Goodrich and Robert Paige (Dkt. No. 513). In addition, TriPharma's Former Counsel were late in the initial filing of the Intervention Motion which caused the hearing on the Settlement Motion to be continued.[1]

Despite TriPharma's Former Counsel contentions to the contrary, Imagenetix, as well as the Court, has been prejudiced by their inability to follow the rules of this Court. TriPharma's Former Counsel should be held to the same standards as all counsel that appear before this Court. Court orders and Bankruptcy Rules need to be adhered to.

---

[1] In the joint opposition to the Settlement Motion filed by TriPharma's Former Counsel on March 8, 2016 (Dkt. No. 512, FN No. 1), they indicate they will be filing the Intervention Motion. Rather than filing the Intervention Motion immediately, they waited until March 11, 2016.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

841103.01/SD

For the reasons set forth above, the *Ex Parte* Motion to Consider Late-Filed Joint Omnibus Reply should be denied, and the Reply and Walton Declaration stricken.

Dated: April 4, 2016

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Debra A. Riley
DEBRA A. RILEY
Attorneys for Reorganized Debtor
IMAGENETIX, INC.

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

On April 4, 2016, I served the within document(s) described as:

- **REORGANIZED DEBTOR'S OBJECTION TO LATE-FILED REPLY AND *EX PARTE* MOTION TO CONSIDER LATE-FILED JOINT OMNIBUS REPLY FILED BY WALTON LAW GROUP, P.C. AND DCDM LAW GROUP PC**

on the interested parties in this action by:

☒ **BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** the foregoing document(s) will be served by the court via NEF and hyperlink to the document. On April 4, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Bernard D. Bollinger - bbollinger@buchalter.com; smartin@buchalter.com
- Matthew Bouslog - mbouslog@gibsondunn.com; pcrawford@gibsondunn.com
- John W. Cutchin - jcutchin@san.rr.com
- Heather U. Guerena - huguerena@duanemorris.com; kzakarin@duanemorris.com
- James Andrew Hinds - jhinds@jhindslaw.com
- Garrick A. Hollander - ghollander@winthropcouchot.com; pj@winthropcouchot.com; vcorbin@winthropcouchot.com; mconour@winthropcouchot.com
- Jeannie Kim - jkim@winthropcouchot.com; pj@winthropcouchot.com; vcorbin@winthropcouchot.com
- Kristin Mihelic - Kristin.T.Mihelic@usdoj.gov; tiffany.l.carroll@usdoj.gov
- Sarah D. Moyed - moyeds@sec.gov
- Robert E. Opera - ropera@winthropcouchot.com; pj@winthropcouchot.com; vcorbin@winthropcouchot.com; mconour@winthropcouchot.com; rchavez@winthropcouchot.com
- Debra A. Riley - driley@allenmatkins.com, jholman@allenmatkins.com
- Dheeraj Singhal - dksinghal@dcdmlawgroup.com
- United States Trustee - ustp.region15@usdoj.gov
- Dennis Winters - winterslawfirm@cs.com

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

841103.01/SD

☒ **BY FACSIMILE:** I caused a true copy of the document to be sent by facsimile transmission from the firm's facsimile telephone number (619-233-1158) to the persons at the corresponding facsimile telephone number as indicated in the below on the above-mentioned date.

John R. Walton, Esq.
35 North Lake Avenue, Suite 700
Pasadena, California 91101
Phone: (626) 689-2407
Fax: (626) 689-2205

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 4, 2016, at San Diego, California.

_____          _____
          Janine L. Holman                              (Signature of Declarant)
         (Type or print name)