DEBRA A. RILEY (BAR NO. 151925)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: driley@allenmatkins.com

Attorneys for Debtor
IMAGENETIX, INC.

# UNITED STATES BANKRUPTCY COURT

## Southern District of California

| | |
|---|---|
| IMAGENETIX, INC., a Nevada corporation,<br><br>Debtor. | Case No. 12-16423 MM11<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF WILLIAM GOODRICH IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND TO CLOSE CHAPTER 11 BANKRUPTCY CASE**<br><br>Date: April 5, 2016<br>Time: 10:00 a.m.<br>Dept.: 1<br>Judge: Hon. Margaret M. Mann |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

840353.01/SD

I, William Goodrich, declare:

1. I am the Chief Executive Office and President of Imagenetix, Inc., the debtor in this Chapter 11 case ("Imagenetix"). I have served as Chief Executive Office and President of Imagenetix since October 28, 2015.

2. I make this supplemental declaration in support of Imagenetix's Motion to Approve Amended Settlement Agreement and to Close Chapter 11 Bankruptcy Case ("Motion") filed with this Court on February 18, 2016 (Dkt. No. 498). I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify competently thereto.

3. Attached is a true and correct copy of the Agreement to Release and for Division of the PNI Payment Funds effective as of December 10, 2015, by and between Imagenetix and Dutch Harbour Financial Ltd.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of April 2016, at San Diego, California.

_____
WILLIAM GOODRICH

## AGREEMENT TO RELEASE AND FOR DIVISION OF THE PNI PAYMENT FUNDS

This Agreement To Release and For Division of the PNI Payment Funds ("Agreement") is made and effective as of December 10, 2015 by and between Imagenetix, Inc. (hereinafter referred to as "Imagenetix") and Dutch Harbour Financial Ltd. (hereinafter referred to as "DHF") the successor-in-interest of TriPharma, LLC (hereinafter referred to as "TriPharma"), hereinafter sometimes referred to individually as "party" and collectively as "parties."

## RECITALS

A. Whereas, on or about August 29, 2013, Imagenetix and TriPharma executed a Settlement and Release Agreement ("Settlement Agreement").

B. Whereas, TriPharma/DHF alleges that Imagenetix is in breach of the terms of the Settlement Agreement.

C. Whereas, Imagenetix disputes that it is in breach of the Settlement Agreement.

D. Whereas, DHF asserts that DHF placed Imagenetix on notice of its alleged default of the Settlement Agreement and demanded that any and all payments due to Imagenetix from any source be paid directly to TriPharma/DHF in partial satisfaction of the sums allegedly due under the terms of the Settlement Agreement.

E. Whereas, Pharmachem Laboratories, Inc. (hereinafter referred to as "PNI") owes quarterly payments to Imagenetix. TriPharma/DHF put PNI on notice of the alleged Settlement Agreement default by Imagenetix and made demand on PNI to make all future payments due to Imagenetix to TriPharma/DHF. PNI refused to make such payments to TriPharma/DHF.

F. Whereas, the parties have subsequently entered into good faith negotiations to resolve their disputes and are currently in negotiation for a First Amendment to the Settlement Agreement and Release Agreement (hereinafter referred to as the "Amended Settlement Agreement").

G. Whereas, in consideration for continued good faith negotiations of an Amended Settlement Agreement, the parties desire to distribute, release, and instruct that certain funds owed to Imagenetix from PNI be disbursed to the parties as set forth herein.

**NOW, THEREFORE**, in consideration of the foregoing and of the mutual promises, covenants, undertakings, and conditions set forth herein, and for value received, the sufficiency of which is hereby acknowledged, the parties agree as follows:

1. *Recitals*. The recitals set forth above are incorporated into this Agreement.

2. *Release of PNI Funds*. By and through this Agreement, the parties shall jointly instruct PNI to release amounts owed to Imagenetix in the approximate amount of Three Hundred Forty Thousand Dollars ($340,000) (hereinafter referred to as the "PNI Funds"). Attached hereto is the Consent to Release of the PNI Payment Funds

fully executed by the Parties. Specifically, this Agreement shall serve to instruct Matthew Bouslog, counsel for PNI, to have PNI immediately release the approximate amount of Three Hundred Forty Thousand Dollars ($340,000) to the trust account of DHF's counsel at "Client Trust Account, Hinds & Shankman, LLP, 21257 Hawthorne Boulevard, Second Floor, Torrance, CA 90503" pursuant to the following wire instructions:

> ABA 122232109
> Account Number: 3260168121
> Account Name: Hinds & Shankman, LLP
> California Bank & Trust

PNI shall provide written notification to DHF and Imagenetix of the date when the PNI Funds are transferred to DHF's counsel's Client Trust Account.

3. **Distribution of PNI Funds.** Upon receipt of the PNI Funds, TriPharma/DHF and Imagenetix agree to divide the PNI Funds 65% to TriPharma/DHF ("TriPharma/DHF Payment") and 35% to Imagenetix (hereinafter referred to as the "Imagenetix Payment"). Payments made from the PNI Funds shall be disbursed simultaneously to TriPharma/DHF and Imagenetix. Hinds & Shankman, LLP shall notify both TriPharma/DHF and Imagenetix of the receipt of the PNI Funds, that the PNI Funds have cleared the bank, and when distributions are to be made to Imagenetix and TriPharma/DHF pursuant to the terms of this Agreement. TriPharma/DHF and Imagenetix agree that upon release of the aforesaid payments to TriPharma/DHF and Imagenetix, TriPharma/DHF and Imagenetix shall release and waive any and all claims related to the PNI Funds and/or the Imagenetix Payment which they have or may have against Hinds & Shankman, LLP as holder of the PNI Funds. The terms of this Agreement are not intended to create any fiduciary or other relationship between Hinds & Shankman, LLP and Imagenetix.

4. **Application of PNI Funds.** In the event the parties enter into an Amended Settlement Agreement, the Imagenetix Payment set forth above shall serve as a credit to, and offset of, any additional amounts that may be paid to Imagenetix by TriPharma/DHF pursuant to the terms of an Amended Settlement Agreement. In the event that the parties do not enter into an Amended Settlement Agreement, the TriPharma/DHF Payment shall be applied as a credit to and as a reduction of the obligations owed by Imagenetix to TriPharma/DHF pursuant to the Settlement Agreement and confirmed Chapter 11 plan ("Plan") in Imagenetix's bankruptcy case.

5. **Not a Final Expression of Amended Settlement Agreement.** This Agreement constitutes an agreement to continue good faith negotiations in regards to a potential settlement but does not constitute a full and final expression of an Amended Settlement Agreement.

6. **Non-Waiver of Alleged Default.** Nothing set forth herein shall be deemed by the parties hereto as an express or implied waiver of the alleged default on the part of Imagenetix to make payments due to TriPharma/DHF under the terms of the Settlement Agreement. Nor shall the execution and payment of the PNI Funds

result in a release of the demands allegedly now in place that any and all payments due to Imagenetix from any source, including, but not limited to PNI, be paid directly to TriPharma/DHF in partial satisfaction of the sums allegedly due under the terms of the Settlement Agreement.

7. **Time is of Essence**. Time is of the essence.

8. **Headings**. The headings contained in this Agreement are inserted only as a matter of convenience and have no bearing on any substantive provision hereof.

9. **Counterparts**. This Agreement may be executed in one or more counterparts, each of which is deemed an original, but all of which constitute one and the same Agreement. This Agreement shall become binding when any one or more counterparts hereof, individually or taken together, bear the signatures of both parties. For the purposes hereof, a facsimile, PDF, or digital copy of this Agreement, including the signature pages hereto, will be deemed an original.

10. **Amendments**. This Agreement may not be amended or modified except in a writing signed by the Parties.

11. **Cooperation**. The Parties agree to cooperate with each other in good faith and to accomplish the objectives and purposes hereof, and to that end, from time to time, agree to make, execute, and deliver such other and further instruments, and do or refrain from doing such acts, as may be necessary or convenient to the fulfillment of the purposes hereof.

12. **Attorneys' Fees**. If a party commences a proceeding to enforce any of the terms of this Agreement, the prevailing party is entitled to recover its reasonable attorneys' fees and costs from the other party, to be fixed by the court or other tribunal in the same action.

13. **Governing Law, Construction, and Performance**. This Agreement is to be construed under and governed by the laws of the State of California, and is to be construed fairly and neither strictly for nor against any party hereto.

14. **Entirety**. This Agreement and any and all documents referenced or described herein constitute the entire agreement and understandings, proposals, and negotiations among the parties and supersede and terminates any and all prior oral and written agreements among the parties.

**IN WITNESS WHEREOF**, the parties have executed and entered into this Agreement as of the date first stated above.

| IMAGENTIX, INC. *[signature]* | DUTCH HARBOUR FINANCIAL, INC. *[signature]* |
|---|---|
| By: William Goodrich | By: David Gregg |
| Its: Chief Executive Officer and President | Its: President |

| | TRIPHARMA, LLC |
|---|---|
| | *[signature]* |
| | By: Evan Dameshek |
| | Its: Principal |

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

On April 4, 2016, I served the within document(s) described as:

- **REORGANIZED DEBTOR'S OBJECTION TO LATE-FILED REPLY AND *EX PARTE* MOTION TO CONSIDER LATE-FILED JOINT OMNIBUS REPLY FILED BY WALTON LAW GROUP, P.C. AND DCDM LAW GROUP PC**

on the interested parties in this action by:

☒ **BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** the foregoing document(s) will be served by the court via NEF and hyperlink to the document. On April 4, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Bernard D. Bollinger - bbollinger@buchalter.com; smartin@buchalter.com
- Matthew Bouslog - mbouslog@gibsondunn.com; pcrawford@gibsondunn.com
- John W. Cutchin - jcutchin@san.rr.com
- Heather U. Guerena - huguerena@duanemorris.com; kzakarin@duanemorris.com
- James Andrew Hinds - jhinds@jhindslaw.com
- Garrick A. Hollander - ghollander@winthropcouchot.com; pj@winthropcouchot.com; vcorbin@winthropcouchot.com; mconour@winthropcouchot.com
- Jeannie Kim - jkim@winthropcouchot.com; pj@winthropcouchot.com; vcorbin@winthropcouchot.com
- Kristin Mihelic - Kristin.T.Mihelic@usdoj.gov; tiffany.l.carroll@usdoj.gov
- Sarah D. Moyed - moyeds@sec.gov
- Robert E. Opera - ropera@winthropcouchot.com; pj@winthropcouchot.com; vcorbin@winthropcouchot.com; mconour@winthropcouchot.com; rchavez@winthropcouchot.com
- Debra A. Riley - driley@allenmatkins.com, jholman@allenmatkins.com
- Dheeraj Singhal - dksinghal@dcdmlawgroup.com
- United States Trustee - ustp.region15@usdoj.gov
- Dennis Winters - winterslawfirm@cs.com

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

840353.01/SD

☒ **BY FACSIMILE:** I caused a true copy of the document to be sent by facsimile transmission from the firm's facsimile telephone number (619-233-1158) to the persons at the corresponding facsimile telephone number as indicated in the below on the above-mentioned date.

John R. Walton, Esq.
35 North Lake Avenue, Suite 700
Pasadena, California 91101
Phone: (626) 689-2407
Fax: (626) 689-2205

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 4, 2016, at San Diego, California.

| Janine L. Holman | *[signature]* |
|---|---|
| (Type or print name) | (Signature of Declarant) |