1  Aron M. Oliner (SBN 152373)
2  Geoffrey A. Heaton (SBN 206990)
   **DUANE MORRIS LLP**
3  One Market Plaza
   Spear Street Tower, Suite 2200
4  San Francisco, CA 94105-1127
   Telephone: (415) 957-3000
5  Facsimile: (415) 957-3001
   Email: roliner@duanemorris.com
6
7  Attorneys for Frutarom USA, Inc.

8

9              **UNITED STATES BANKRUPTCY COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11                    **SAN DIEGO DIVISION**

12

| 13  In re | Case No. 12-16423-MM7 |
| 14  IMAGENETIX, INC., | Chapter 7 |
| 15       Debtor. | **REQUEST FOR SPECIAL NOTICE** |

16

17     **PLEASE TAKE NOTICE** that Frutarom USA, Inc., hereby requests notice of all events

18  relevant to the above-referenced bankruptcy case, and copies of all pleadings and documents

19  filed in the above-referenced bankruptcy case, including but not limited to all pleadings or

20  notices under Federal Rule of Bankruptcy Procedure 2002, and that such notices and pleadings

21  be served to the following address:

22
                    Aron M. Oliner
23                  Geoffrey A. Heaton
                    **DUANE MORRIS LLP**
24                  One Market Plaza
                    Spear Street Tower, Suite 2200
25                  San Francisco, CA 94105-1127
26
27     Frutarom USA, Inc. requests that the above address be added to the creditor matrix in the

28  above-referenced bankruptcy case.

DUANE MORRIS LLP
SAN FRANCISCO

DM1\7410199.1 E9054/00004                    1

**REQUEST FOR SPECIAL NOTICE – CASE NO. 12-16423-MM7**

1  Dated:  December 9, 2016                **DUANE MORRIS LLP**

2

3  By: /s/ Aron M. Oliner (152373)
   ARON M. OLINER
   Attorneys for Frutarom USA, Inc.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28