# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | IMAGENETIX, INC. |
| **Case Number:** | 12-16423-MM7   **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 01, 2018 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF KOTCHEN AND LOW LLP, SPECIAL COUNSEL TO TRUSTEE

### Appearances:

APPEARANCES EXCUSED

### Disposition:

Tentative Ruling as issued is the Order of the Court.  Appearances waived.