CSD 1181 [07/01/18]409035-v1
Name, Address, Telephone No. & I.D. No.

SULLIVAN HILL REZ & ENGEL, A Professional Law Corporation
 James P. Hill (SBN 90478)/Gary B. Rudolph (SBN 101921)
600 B Street, Suite 1700
San Diego, CA 92101
Tel.: (619) 233-4100
Fax: (619) 231-4372
Attorneys for Gerald H. Davis, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

**IMAGENETIX, INC.,**

BANKRUPTCY NO. 12-16423-MM7

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX–_____ Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on March 19, 2020, at 2:00 p.m., in Department 1, Room 218, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motions of Sullivan Hill Rez & Engel, A Professional Law Corporation, Counsel for Gerald H. Davis, Chapter 7 Trustee; NGS, LLP, Accountants for Gerald H. Davis, Chapter 7 Trustee; Squar Milner LLP as Special Accountants and Consultants to Trustee and Gerald H. Davis, Chapter 7 Trustee for [check the appropriate box]:

☒ Allowance of interim and final compensation and reimbursement of expenses of professionals as provided in
Exhibit "A" [information required by FRBP 2002(c)(2)];

| Applicant | Fees | Costs |
|---|---|---|
| Sullivan Hill Rez & Engel, A Professional Law Corporation<br>Attorneys for Chapter 7 Trustee<br>December 8, 2016 – January 31, 2020 – First Interim Fee Application | $1,350,116.50 | $15,253.12 |
| NGS, LLP<br>Accountant for Chapter 7 Trustee<br>February 6, 2017 - February 17, 2020 – First Interim Fee Application | $50,913.50 | $466.97 |
| Squar Milner, LLP<br>Special Accountants and Consultants to Trustee<br>June 28, 2017 – February 14, 2020 – First and Final Fee Application<br>Firm is requesting an "up to" award of an additional $1,000 for any actual services rendered following February 14, 2020. | $139,391.00 | $363.20 |
| Gerald H. Davis, Chapter 7 Trustee<br>December 8, 2016 – February 18, 2020 – First Interim Fee Application | $170,127.09 | $4,044.39 |

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

SULLIVAN HILL REZ & ENGEL, A Professional Law Corporation

DATED: February 19, 2020

　　　　　　　　　　　　　　　　/s/Gary B. Rudolph
　　　　　　　　　　　　　　　　Gary B. Rudolph, Esq., Attorney for Gerald H. Davis
　　　　　　　　　　　　　　　　Chapter 7 Trustee

---
[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

409035-v1
CSD 1181

CSD 1181A (Page 3) [08/01/11]

[TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT Sullivan Hill Rez & Engel, APLC , REPRESENTING [Name & Title] Gerald H. Davis, Chapter 7 Trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 12/8/16 to 01/31/20 | 1,350,116.50 | | | | | 15,253.12 | |
| 2ND INTERIM to | | | | | | | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 1,350,116.50 | 0.00 | 0.00 | 0.00 | 0.00 | 15,253.12 | 0.00 |

APPLICANT NGS, LLP , REPRESENTING [Name & Title] Accountant for Gerald H. Davis, Chapter 7 Trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 02/6/17 to 02/17/20 | 50,913.50 | | | | | 466.97 | |
| 2ND INTERIM to | | | | | | | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 50,913.50 | 0.00 | 0.00 | 0.00 | 0.00 | 466.97 | 0.00 |

[1]Please provide an explanation for this disallowance.
[2]Please provide an explanation for this disallowance.

CSD 1181A

EXHIBIT "A"

CSD 1181A  (Page 3)  [08/01/11]

[TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT Squar Milner, LLP                    , REPRESENTING [Name & Title] Special Accountants and Consultants to Ch. 7 Trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST & FINAL 6/28/17 to 02/14/20 | 139,391.00** | | | | | 363.20 | |
| 2ND INTERIM ___ to ___ | | | | | | | |
| 3RD INTERIM ___ to ___ | | | | | | | |
| 4TH INTERIM ___ to ___ | | | | | | | |
| TOTALS: | 139,391.00 | 0.00 | 0.00 | 0.00 | 0.00 | 363.20 | 0.00 |

APPLICANT Gerald H. Davis, Chapter 7 Trustee                    , REPRESENTING [Name & Title]

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 12/8/16 to 02/18/20 | 170,127.09 | | | | | 4,044.39 | |
| 2ND INTERIM ___ to ___ | | | | | | | |
| 3RD INTERIM ___ to ___ | | | | | | | |
| 4TH INTERIM ___ to ___ | | | | | | | |
| TOTALS: | 170,127.09 | 0.00 | 0.00 | 0.00 | 0.00 | 4,044.39 | 0.00 |

[1] Please provide an explanation for this disallowance.
[2] Please provide an explanation for this disallowance.

CSD 1181A

**Squar Milner is also requesting an "up to" award of an additional $1,000 for any actual services rendered after February 14, 2020.

EXHIBIT "A"                    Page  2  of  2

CSD 1181 (Page 2) [07/01/18]

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the 19th day of February, 2020, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On February 19, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- Matthew G Bouslog    mbouslog@gibsondunn.com, jsprecher@gibsondunn.com
- John W. Cutchin    jcutchin@san.rr.com
- Gerald H. Davis    ghd@trusteedavis.com, ghd@trustesolutions.net
- Ajay Gupta    ajay@guptalc.com, guptaar87864@notify.bestcase.com
- James Andrew Hinds    jhinds@jhindslaw.com
- Garrick A. Hollander    ghollander@wcghlaw.com, pj@winthropcouchot.com
- Jeannie Kim    jkim@friedmanspring.com
- Pamela F. Kleinkauf    pklaw@pamkleinkauf.com
- Paul J Leeds    leedsp@higgslaw.com, kimbled@higgslaw.com;schroedterm@higgslaw.com
- Kristin Mihelic    Kristin.T.Mihelic@usdoj.gov, tiffany.l.carroll@usdoj.gov,abram.s.feuerstein@usdoj.gov
- Walter Moore    walter@licensedtosue.com, CInclan@waltonlawpc.com
- Aron M. Oliner    ROliner@duanemorris.com
- Robert E. Opera    ropera@wghlawyers.com, pj@winthropcouchot.com
- Debra A. Riley    driley@allenmatkins.com
- Gary B. Rudolph    rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com
- Dheeraj K Singhal    dksinghal@dcdmlawgroup.com, dcdm@ecf.courtdrive.com
- United States Trustee    ustp.region15@usdoj.gov
- Ali Vaqar    avaqar@waltonlawpc.com, clopez@waltonlawpc.com;wlg@ecf.courtdrive.com
- Donald A. Vaughn    dav@vv-law.com, etopol@vv-law.com

409035-v1
CSD 1181

CSD 1181 (Page 3) [07/01/18]

- Dennis Winters    winterslawfirm@cs.com
- Reid A. Winthrop    reid@winthroplawgroup.com

| ☐ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

2. **Served by United States Mail**:

On  February 19, 2020 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

*SEE ATTACHED SERVICE LIST*

409035-v1
CSD 1181

CSD 1181 (Page 4) [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐  Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   February 19, 2020                    Laurel Dinkins /s/Laurel Dinkins
              (Date)                               (Typed Name and Signature)

                                                   600 B Street, Suite 1700
                                                   (Address)

                                                   San Diego, CA  92101
                                                   (City, State, ZIP Code)

409035-v1
CSD 1181

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 12-16423-MM7<br>Southern District of California<br>San Diego<br>Sun Feb  9 13:21:44 PST 2020 | AT&T<br>Attn Corporate Officer<br>Payment Center<br>Sacramento, CA 95887-0001 | Allen Matkins<br>c/o Debra A. Riley<br>501 West Broadway, 15th Floor<br>San Diego, California 92101-3541 |
| Allen Matkins<br>c/o Debra A. Riley<br>One America Plaza<br>600 West Broadway, 27th Floor<br>San Diego, California 92101-3370 | Allen Matkins Leck Gamble Mallory & Natsis L<br>One America Plaza<br>600 West Broadway, 27th Floor<br>San Diego, CA 92101-3370 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| American Express Corp Card<br>Attn:  Corporate Officer<br>P.O. Box 360001<br>Ft. Lauderdale, FL 33336-0001 | American Express Travel Related Services Co<br>Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Amerisource Bergen Services Corp<br>Attn:  Carmen Cruz AP Mgr-Finance<br>P.O. Box 247<br>Thorafore, NJ 08046-0247 |
| Anderson Daymon Worldwide<br>1301 4th Ave NW Suite 100<br>Issaquah, WA 98027-9371 | Anderson Daymon Worldwide LLC<br>Attn:  Managing Member<br>P.O. Box 749486<br>Los Angeles, CA 90074-9486 | Anthony Wayne Opperman<br>4021 E. Red Oak Lane<br>Gilbert, AZ 85297-4938 |
| Bank of NY Mellon<br>1 Wall St., Fl. 2<br>355 S. Grand Ave. 2900<br>New York, NY 10002-4628 | Bank of NY Mellon<br>c/o Reed Smith LLP<br>355 S. Grand Ave. 2900<br>Los Angeles, CA 90071-1514 | Bernard D. Bollinger, Jr.<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-1730 |
| Bernardo Gateway Ptnrs Atn Corp Ofcr<br>c/o Brehm Communications, Inc.<br>P.O. Box 28429<br>San Deigo, CA 92198-0429 | Matthew G Bouslog<br>Gibson, Dunn & Crutcher LLP<br>3161 Michelson Dr.<br>Ste 1200<br>Irvine, CA 92612-4412 | CCH Incorporated<br>P.O. Box 4307<br>Carol Stream, IL 60197-4307 |
| CVS Pharmacy<br>Attn:  Corporate Officer<br>P.O. Box 3120<br>Woonsocket, RI 02895-0845 | California Department of Tax and Fee Adminis<br>Account Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Capital One<br>Attn:  Corporate Officer<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Charles B. Hendricks<br>Cavazos, Hendricks, Poirot & Smitham P.C<br>Founders Square<br>900 Jackson Street<br>Dallas, Texas 75202-4463 | Citibank<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 |
| City Of San Diego<br>1010 2nd Ave Ste 666<br>San Diego, CA 92101-4920 | Costco Wholesale Membership<br>Attn:  Corporate Officer<br>P.O. Box 34535<br>Seattle, WA 98124-1535 | Craig H. Millet<br>Matthew G. Bouslog<br>Gibson, Dunn & Crutcher LLP<br>3161 Michelson Dr., Suite 1200<br>Irvine, CA 92612-4412 |
| Cross Link Presentations LLC<br>2775 Shadow Trail<br>Sun Prairie, WI 53590-9335 | Crystal Research Associates, Inc.<br>Attn:  Corporate Officer<br>800 3rd Avenue, 17th Floor<br>New York, NY 10022-7604 | John W. Cutchin<br>14720 Soprano Lane<br>San Diego, CA 92127-3840 |

| | | |
|---|---|---|
| DCDM Law Group, PC<br>35 N. Lake Ave.<br>Ste. 280<br>Pasadena, CA 91101-1890 | DONALD A. VAUGHN<br>501 W. BROADWAY<br>STE. 1770<br>SAN DIEGO CA 92101-8477 | Dan McAllister<br>Treasuer-Tax Collector<br>Attn:  Bankruptcy Clerk<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101-2477 |
| David Barkin<br>c/o Kim Vanderlinden<br>PO Box 181825<br>Coronado, CA 92178-1825 | Gerald H. Davis<br>PO Box 124539<br>San Diego, CA 92112-4539 | Gerald H. Davis<br>Gerald H. Davis<br>PO Box 124539<br>San Diego, CA 92112-4539 |
| Robert Dennis<br>Law Offices of Pamela Kleinkauf<br>16776 Bernardo Center Drive Suite 203<br>San DIego, CA 92128-2559 | Dennis & Dennis<br>Robert E. Dennis<br>16959 Bernardo Center Drive #208<br>San Diego, CA 92128-2555 | Dennis & Dennis LLP<br>P.O. Box 720609<br>San Diego, CA 92172-0609 |
| Dennis Winters<br>1820 E. 17th Street<br>Santa Ana, CA 92705<br>Attorney for Pacific Rainbow, Inc. 92705-8604 | Dept. Indust. Rel., Labor Law Enforce.<br>1550 West Main St.<br>El Centro, CA 92243-2105 | Dheeraj K. SInghal<br>DCDM LAW GROUP, PA<br>30 N. Raymond Ave., Suite 801<br>Pasadena, CA 91103-4470 |
| Dheeraj K. Singhal<br>DCDM Law Group, PC<br>30 No. Raymond Avenue, Ste. 801<br>Pasadena, CA 91103-4470 | Stephen Dimond<br>3090 North Course Drive, #507<br>Pompano Beach, FL 33069-3336 | Susan Dimond<br>3090 North Course Drive, #507<br>Pompano Beach, FL 33069-3336 |
| Div. of Labor Standards Enforcement<br>7575 Metropolitan Drive, Suite 210<br>San Diego, CA 92108-4424 | John E. Dolkart Jr.<br>LAW OFFICE OF JOHN E. DOLKART JR.<br>1750 Kettner Blvd, Ste 416<br>San Diego, CA 92101-2550 | Dr. Kim VanderLinden<br>c/o Paul J. Leeds<br>401 West A Street, Ste. 2600<br>San Diego, CA 92101-7913 |
| Dun & Bradstreet<br>Attn: Lynne Roberts, 2nd Floor<br>3501 Corporate Parkway<br>PO Box 520<br>Center Valley, PA 18034-0520 | Dutch Harbour Financial Ltd./Stephen Crawley<br>43-58 DominionCenter 908<br>Queens Road East, Hong Kong | EW Packaging<br>17510 Broadway Street, Suite B<br>Gardena, CA 90248-3550 |
| EW Packaging<br>17510 S Broadway Street Unit #B<br>Gardena, CA 90248-3550 | Employment Development Depart<br>Benefit Overpayment MIC 91<br>P.O. Box 826218<br>West Sacramento, CA 95798 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826876<br>Sacramento, CA 94280-0001 |
| Estate of John Rolmosoff<br>c/o Kim Vanderlinden<br>PO Box 181825<br>Coronado, CA 92178-1825 | Eugene Roussin<br>9150 Chesapeake Dr. Ste. 200<br>San Diego, CA 92123-1062 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| First Fruits Business Ministry<br>Derik J. Roy, III<br>17111 Beach Boulevard<br>Huntington Beach, CA 92647-5960 | First Fruits Business Ministry LLC<br>Attn:  Managing Member<br>213 Leaning Tree Road<br>Columbia, SC 29223-3008 | First Insurance Funding<br>P.O. Box 7000<br>Carol Stream, IL 60197-7000 |

| | | |
|---|---|---|
| Franchise Tax Board<br>Attn:  Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Frank A. Sajovic<br>9 Susan Lane<br>Newton, CT 06470-1558 | Frank Fantazzi<br>c/o Kim Vanderlinden<br>PO Box 181825<br>Coronado, CA 92178-1825 |
| Frutarom US<br>Attn:  Corporate Officer<br>9500 Railroad Avenue<br>North Bergen, NJ 07047-1422 | Frutarom USA, Inc.<br>c/o Aron M. Oliner<br>Duane Morris LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1198 | Frutarom USA, Inc.<br>c/o Frederick R. Ball, Esq.<br>Duane Morris, LLP<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724 |
| Gary Amaral<br>c/o Kim Vanderlinden<br>PO Box 181825<br>Coronado, CA 92178-1825 | Gary B. Rudolph, Esq.<br>SULLIVAN HILL LEWIN REZ & ENGEL, APLC<br>550 West C Street, Suite 1500<br>San Diego, CA 92101-3570 | George Georgaklis<br>4510 Executive Drive, #106<br>San Diego, CA 92121-3022 |
| George Georgaklis<br>Law Offices of Pamela Kleinkauf<br>16776 Bernardo Center Drive Suite 203<br>San Diego, CA 92128-2559 | George Georgeklis<br>4310 Executive Dr., Suite 106<br>San Diego, CA 92121 | George Georgeklis<br>4510 Executive Dr., Suite 106<br>San Diego, CA 92121-3022 |
| Golden West Dental & Vision<br>Attn:  Corporate Officer<br>P.O. Box 54630<br>Los Angeles, CA 90054-0630 | Greener Spaces<br>Attn:  Corporate Officer<br>934-C South Andreasen Drive<br>Escondido, CA 92029-1919 | Gregory P. Olson, Esq.<br>501 West Broadway, Suite 1370<br>San Diego, CA 92101-3556 |
| Guise and Associates<br>Attn:  Managing Partner<br>6110 SW Artic Drive<br>Beaverton, OR 97005-9448 | Ajay Gupta<br>Gupta Legal Center<br>1620 5th Avenue, Suite 650<br>San Diego, CA 92101-2752 | HJ & Associates, LLC<br>Attn:  Managing Member<br>50 West Broadway, Suite 600<br>Salt Lake City, UT 84101-2039 |
| Hannaford Retail Services<br>Attn:  Corporate Officer<br>P.O. Box 1196<br>Portland, ME 04104-5096 | Health Net, Inc.<br>Attn:  Corporate Officer<br>P.O. Box 894702<br>Los Angeles, CA 90189-4702 | Henri Nuber<br>c/o Kim Vanderlinden<br>PO Box 181825<br>Coronado, CA 92178-1825 |
| James Andrew Hinds Jr.<br>Hinds & Shankman, LLP<br>21275 Hawthorne Boulevard<br>2nd Floor<br>Torrance, CA 90503 | Garrick A. Hollander<br>Winthrop Golubow Hollander, LLP<br>1301 Dove Street<br>Suite 500<br>Newport Beach, CA 92660-2467 | Hope Science<br>1313 Ynez Place<br>Coronado, CA 92118-2941 |
| IRS-Insolvency Division<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Imagenetix, Inc.<br>10845 Rancho Bernardo Road, #105<br>San Diego, CA 92127-2107 | Imagenetix, Inc.<br>c/o Daniel Kotchen<br>Kotchen & Low LLP<br>1745 Kalorama Rd, Ste. 101<br>Washington, D.C. 20009-2684 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | International Marketing Corp<br>Attn:  Corporate Officer<br>4811 West Mill River Court<br>Coeur d'Alene, ID 83814-9161 | Interwest Transfer Co., Inc.<br>P.O. Box 17136<br>Salt Lake City, UT 84117-0136 |

| | | |
|---|---|---|
| JAMS<br>Attn: Authorized Agent<br>P.O. Box 512850<br>Los Angeles, CA 90051-0850 | James and Josephine Zolin<br>P.O. Box 1903<br>Rancho Santa Fe, CA 92067-1903 | Jandra Thomas<br>1838 Blackhawk Avenue<br>Oceanside, CA 92056-2974 |
| John Bolton<br>1528 Calle Narcisos<br>Encinitas, CA 92024-4719 | John R. Walton Esq<br>35 N. Lake Ave., Ste 700<br>Pasadena, CA 91101-1890 | John Roussin<br>9150 Chesapeake Dr. Ste 200<br>San Diego, CA 92123-1062 |
| Josephine Zolin<br>P.O. Box 1903<br>Rancho Santa Fe, CA 92067-1903 | Joshua Waldman<br>c/o Kim Vandaerlinden<br>PO Box 181825<br>Coronado, CA 92178-1825 | Junko Sekito<br>c/o Kim Vanderlinden<br>PO Box 181825<br>Coronado, CO 92178-1825 |
| KKM<br>Attn: Corporate Officer<br>117 Century Drive<br>Woonsocket, RI 02895-6186 | Kelly Massey<br>c/o Kim Vanderlinden<br>PO Box 181825<br>Coronado, CA 92178-1825 | Kenosian & Miele, LLP<br>8581 Santa Monica Blvd #17<br>West Hollywood, CA 90069-4120 |
| Ashley Kim<br>Walton Law Group, P.C.<br>35 N. Lake Ave.<br>Suite 700<br>Pasadena, CA 91101-1890 | Jeannie Kim<br>Friedman & Springwater LLP<br>350 Sansome Street, Suite 210<br>94104<br>San Francisco, CA 94104-1306 | Pamela F. Kleinkauf<br>Law Offices of Pamela Kleinkauf<br>16776 Bernardo Center Dr. Suite 203<br>San Diego, CA 92128-2559 |
| Daniel Kotchen<br>Kotchen & Low LLP<br>1745 Kalorama Road NW<br>Suite 101<br>Washington, DC 20009-2684 | Daniel A Kotchen<br>Kotchen and Low LLP<br>1745 Kalorama Road, Ste. 101<br>Washington, DC 20009-2684 | Kotchen & Low LLP<br>1745 Kalorama Road, Suite 101<br>Washington, DC 20009-2684 |
| Kristin T. Mihelic<br>Office of the U.S. Trustee<br>402 West Broadway Suite 600<br>San Diego, CA 92101-8511 | Larry Taggart<br>1521 Kimberly Woods<br>El Cajon, CA 92020-7225 | Law Offices of Gregory P. Olson<br>501 West Broadway, Suite 1370<br>San Diego, CA 92101-3556 |
| Lawrence L. Michel<br>3650 Via Cambria<br>Escondido, CA 92025-7674 | Paul J Leeds<br>Higgs Fletcher, Mack LLP<br>401 West A Street, Suite 2600<br>San Diego, CA 92101-7913 | Linda Moore<br>c/o Kim Vanderlinden<br>PO Box 181825<br>Coronado, CA 92178-1825 |
| Linebarger Goggan Blair & Sampson, LLP<br>1515 Cleveland Place, Ste 30<br>Denver, CO 80202-5113 | Lowell Giffhorn<br>10875 Kemah Lane<br>San Diego, CA 92131-1320 | Lowell W. Giffhorn<br>10875 Kemah Ln.<br>San Diego, CA 92131-1320 |
| Matthew G. Bouslog Esq<br>Gibson Dunn & Crutcher LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412 | Mayas Cleaning Services<br>2113 Laura Drive<br>Escondido, CA 92027-1167 | McKennon Law Grp<br>Robert J. McKennon<br>20321 SW Birch Street<br>Suite 200<br>Newport Beach, CA 92660-1756 |

| | | |
|---|---|---|
| Med Homepage, Inc. dba Hope Science<br>c/o Paul J. Leeds<br>401 West A Street, Ste. 2600<br>San Diego, CA 92101-7913 | Meijer<br>Attn: Corp Officer/Acct Payable<br>P.O. Box 1610<br>Grand Rapids, MI 49501-1610 | Meijer Distribution, Inc.<br>Attn:C. Busk-Legal Dept.<br>2929 Walker NW<br>Grand Rapids, MI 49544-6402 |
| Kristin Mihelic<br>DOJ-Ust<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | Walter Moore<br>Walter Moore<br>248 S Orange Grove Blvd, Apt 102<br>Pasadena, CA 91105-3542 | Sarah D. Moyed<br>U.S. Securities and Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-5627 |
| Nathan Associates, Inc.<br>Attn: Carolyn Johnson<br>2101 Wilson Boulevard, Suite 1200<br>Arlington, VA 22201-3049 | Natural Factors Nutritional Products<br>Attn: Managing Partner<br>1550 United Boulevard<br>Coquitlam, BC Canada V3K 6Y2 | Neil Edwardson<br>c/o Kim Vanderlinden<br>PO Box 181825<br>Coronado,CA 92178-1825 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Office of the U.S. Trustee<br>402 W. Broadway, #600<br>San Diego, CA 92101-8511 | Aron M. Oliner<br>Duane Morris LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1198 |
| Gregory P. Olson<br>Law Office of Gregory P. Olson<br>501 West Broadway, Suite 1370<br>San Diego, CA 92101-3556 | Robert E. Opera<br>Winthrop Golubow Hollander, LLP<br>1301 Dove Street<br>Suite 500<br>Newport Beach, CA 92660-2467 | PR Newswire<br>G.P.O. Box 5897<br>New York, NY 10087-5897 |
| Pacific Rainbow<br>Attn: Corporate Officer<br>19905 Harrison Ave.<br>City of Industry, CA 91789-2848 | Pacific Rainbow, Inc.<br>c/o Winters Law Firm<br>1820 E. 17th Street<br>Santa Ana, CA 92705-8604 | Pack Lab Inc.<br>Attn: Corporate Officer<br>1010 Rancheros Drive<br>San Marcos, CA 92069-3134 |
| Ernie Zachary Park<br>for DS Del Mar Heights, LLC<br>13215 E. Penn Street, Ste 510<br>Whittier, CA 90602-1797 | Penn Well<br>P.O. Box 973059<br>Dallas, TX 75397-3059 | Performance Sales<br>Attn: Corporate Officer<br>1037 Route 46 East, #C101<br>Clifton, NJ 07013-2400 |
| Peters and Freedman, LLP<br>191 Calle Magdalena<br>Suite 220<br>Encinitas, CA 92024-3798 | Pharmachem Laboratories, Inc.<br>265 Harrison Avenue<br>Kearny, NJ 07032-4315 | Pharmalines Medical Store<br>Mahmoud Hussein<br>19580 Carlton Ave<br>Castro Valley,CA 94546-3216 |
| Pitney Bowes Global Financial Services LLC<br>27 Waterview Drive<br>Shelton, CT 06484-4301 | Proprietary Nutritionals Inc.<br>Attn: Corporate Officer<br>P.O. Box 52444<br>Newark, NJ 07101-0227 | Proprietary Nutritionals, Inc.<br>265 Harrison Avenue<br>Kearny, NY 07032-4315 |
| Publix Attn: Corporate Officer<br>MDSE Acc-Buyer 00216<br>P.O. Box 32012<br>Lakeland, FL 33802-2012 | Richard (sic) Robert Dennis<br>P.O. Box 720609<br>San Diego, CA 92172-0609 | Richard Daniels<br>4635 Lyons Drive<br>La Mesa, CA 91941-5751 |

| | | |
|---|---|---|
| Richard Macdonald<br>PO Box 181825<br>Coronado, CA 92178-1825 | Ridgewood Consulting LLC<br>Attn: Thomas H. Rogers, Jr.<br>7 Milestone Drive<br>Newtown, PA 18940-1258 | Debra A. Riley<br>Allen Matkins Leck Gamble Mallory & Nats<br>One America Plaza<br>600 West Broadway, 27th Floor<br>San Diego, CA 92101-3370 |
| Rite Aid .<br>Attn: Corporate Officer<br>30 Hunter Lane<br>Camp Hill, PA 17011-2499 | Robert E. Dennis<br>16959 Bernardo Center Drive #208<br>San Diego, CA 92128-2555 | Roccos Dental Studio<br>209 E 4th Ave<br>Escondido, CA 92025-4901 |
| Derik J. Roy III<br>Roylaw, Aplc<br>2603 San Joaquin Plaza<br>Newport Beach, CA 92660-5965 | Gary B. Rudolph<br>Sullivan Hill Rez & Engel, APLC<br>600 B Street, Suite 1700<br>San Diego, CA 92101-4507 | S. Dimond & Associates, Inc.<br>Attn: Corporate Officer<br>1503 Near Thicket Lane<br>Stevenson, MD 21153-0667 |
| (p)SDG&E<br>PO BOX 25111<br>SANTA ANA CA 92799-5111 | San Diego Co Tax Collector<br>162 County Admin Center<br>1600 Pacific Highway<br>San Diego, CA 92101-2422 | Sandra Legacy<br>c/o Kim Vanderlinden<br>PO Box 181825<br>Coronado, CA 92178-1825 |
| Scott Pallais<br>c/o Kim Vanderlinden<br>PO Box 181825<br>Coronado, CA 92178-1825 | Sears Holding Corp<br>Attn: Corporate Officer<br>012670 Collection Center Dr.<br>Chicago, Illinois 60693-0001 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>444 SOUTH FLOWER STREET 9TH FLOOR<br>LOS ANGELES CA 90071-2934 |
| Seven<br>Attn: Corporate Officer<br>1420 Decision Street, #C<br>Vista, CA 92081-8576 | Seven Manufacturing<br>1420 Decision Street, Suite C<br>Vista, CA 92081-8576 | Shustak Frost & Partners<br>Attn: Corporate Officer<br>401 West 'A' Street, #2330<br>San Diego, CA 92101-7914 |
| Dheeraj K Singhal<br>DCDM Law Group, PC<br>35 N. Lake Avenue<br>Suite 280<br>Pasadena, CA 91101-1890 | Solstice International Partners, LLC<br>Attn: Casey Yarborough, President<br>1635 Farm Way, Suite 409<br>Middleburg, FL 32068-7770 | Squar Milner LLP<br>3655 Nobel Drive<br>Suite 450<br>San Diego, CA 92122-1071 |
| Staples<br>Attn: Corporate Officer<br>P.O. Box 9020<br>Des Moines, IA 50368-9020 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | State of California<br>Employment Development Dept.<br>800 Capitol Mall<br>Sacramento, CA 95814-4807 |
| Steve Wagner<br>1001 Partridge Drive, Suite 110<br>Ventura, CA 93003-0714 | Supervalu<br>Attn: Corporate Officer<br>P.O. Box 515<br>Two Harbors, MN 55616-0507 | Sutton & Associates<br>Attn: Managing Partner<br>1153 N. Formosa Ave., #103<br>West Hollywood, CA 90046-5979 |
| TechLaw, LLP<br>Attn: Managing Partner<br>10755 Scripps Poway Pkwy, #373<br>San Diego, CA 92131-3924 | Teldata<br>Attn: Corporate Officer<br>11487 Woodside Avenue<br>Santee, CA 92071-4724 | TriPharma<br>Attn: Corporate Officer<br>1278 Gleneyre St #285<br>Laguna Beach, CA 92651-3103 |

| | | |
|---|---|---|
| ULINE<br>Attn:  Corporate Officer-A/P<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085-8311 | UPS<br>Attn:  Corporate Officer<br>P.O. Box 894820<br>Los Angeles, CA 90189-4820 | US Securities and Exchange Commission<br>Attn:  Morgan Bradylyons<br>Station Place<br>100 F Street, N.E.<br>Washington, D.C. 20549-2000 |
| USA Drug<br>Attn:  Corporate Officer-A/P<br>3017 N. Midland Drive<br>Pine Bluff, AR 71603-4828 | United Health Care<br>Attn:  Corporate Officer<br>Department 1346<br>Los Angeles, CA 90088-1346 | United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| United States Trustee<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897 | Ali Vaqar<br>Walton Law PC<br>35 N. Lake Ave.<br>Suite 700<br>Pasadena, CA 91101-1890 | Donald A. Vaughn<br>Vaughn & Vaughn<br>501 West Broadway<br>Suite 1770<br>San Diego, CA 92101-8477 |
| Victor Gabourel<br>11404 Cypress Woods Drive<br>San Diego, CA 92131-3534 | Viva Learning<br>3736 Bee Cave Road<br>West Lake Hills, CA 78746-5393 | Walmart<br>Attn:  Corporate Officer<br>1301 SE 10th<br>Bentonville, AR 72716-0001 |
| John R. Walton<br>35 N. Lak3e Ave., Ste 700<br>Pasadena, CA 91101 | Walton Law Group, P.C.<br>35 N. Lake Avenue, Suite 700<br>Pasadena, CA 91101-1890 | Wayne Opperman<br>36837 Wax Myrtle Place<br>Murrieta, CA 92562-4389 |
| West Coast Commerce, LLC<br>573 Twin Oaks Avenue<br>Chula Vista, CA 91910-5612 | William D. Goodrich<br>341 Calle De Adele<br>Encinitas, CA 92024-2661 | William Goodrich<br>341 Calle de Adele<br>Encinitas, CA 92024-2661 |
| William Spencer<br>17758 Bellechase Circle<br>San Diego, CA 92128-2095 | William Toomey<br>240 Pelton Lane<br>Incline Village, NV 89451-9304 | Williams Palacek Law Group<br>3170 Fourth Avenue, Suite 400<br>San Diego, CA 92103-5850 |
| Dennis Winters<br>Winters Law Firm<br>23046 Avenita DE LA Carlota<br>Ste 600<br>Laguna Hills, CA 92653-1537 | Reid A. Winthrop<br>Winthrop Law Group<br>120 Newport Center Drive<br>Newport Beach, CA 92660-6916 | Winthrop Couchot P.C.<br>660 Newport Center Drive<br>4th Floor<br>Newport Beach, CA 92660-6427 |
| Winthrop Couchot Professional Corp<br>Attn:  Robert E. Opera, Esq.<br>660 Newport Center Dr., #400<br>Newport Beach, CA 92660-6427 | Ronald F Woods<br>Ronald F. Woods & Associates<br>225 Broadway<br>Suite 1900<br>San Diego, CA 92101-5047 | YRC<br>Attn:  Corporate Officer<br>P.O. Box 100129<br>Pasadena, CA 91189-0129 |
| YRC, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>880 Front St., #3269<br>San Diego, CA 92101-8869 | Office Depot<br>Attn: Corporate Officer<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | SDG&E<br>Attn: Corporate Officer<br>P.O. Box 25111<br>Santa Ana, CA 92799-5111 |
| Securities & Exchange Commission<br>Pacific Regional Office<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-3648 | State Board of Equalization<br>450 N Street<br>PO Box 94287<br>Sacramento, CA 94279-0001 | (d)UNITED STATES SECURITIES AND EXCHANGE COMM<br>5670 Wilshire Boulevard, Suite 1100<br>Los Angeles, CA 90036 |
| (d)United States Securities and Exchange Comm<br>Attn: Sarah D. Moyed, Atty<br>5670 Wilshire Boulevard, Suite 1100<br>Los Angeles, California 90036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AT&T<br>Attn: Corporate Officer<br>Payment Center<br>Sacramento, CA 95887-0001 | (u)BFS West, Inc. | (u)Courtesy NEF |
| (u)Evan Dameshek | (u)Dutch Harbour Financial, Ltd. | (d)First Fruits Business Ministry LLC<br>Attn: Managing Member<br>213 Leaning Tree Road<br>Columbia, SC 29223-3008 |
| (u)Floorit Financial Inc | (d)Franchise Tax Board<br>Attn: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | (u)Frutarom USA, Inc. |
| (u)William Goodrich | (u)James Andrew Hinds Jr.<br>Hinds & Shankman, LLP<br>21257 Hawthorne Blvd.<br>2nd Fl<br>Torrance | (u)Hinds & Shankman, LLP |
| (u)Dan McAllister | (u)Med Homepage Inc. | (d)Anthony Wayne Opperman<br>4021 E. Red Oak Lane<br>Gilbert, AZ 85297-4938 |

| | | |
|---|---|---|
| (u)Thomas H. Rogers | (u)Erwin J. Shustak | (u)William P. Spencer |

| | | |
|---|---|---|
| (u)TriPharma LLC | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| (u)DONALD VAUGHN<br>501 W. BROADWAY<br>STE. 1770<br>SAN DIEGO | (u)Kim Vanderlinden | End of Label Matrix<br>Mailable recipients    207<br>Bypassed recipients    23<br>Total                  230 |